APPENDIX A
ADDITIONAL MISREPRESENTATIONS THAT DAPL TRAVERSES SRST TRIBAL TREATY LANDS

| Date | Author | Description | Statements |
|---|---|---|---|
| 1/24/2017 | 350.org (Duncan Meisel) | Website Publication: Breaking: Keystone XL and Dakota Access | DAPL "crosses sacred lands and key water supplies for tribal communities and never once received an environmental review." |
| 12/19/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: After Visiting Standing Rock, Swedish Bank Nordea Puts Companies Behind DAPL on Watch | [quoting Greenpeace Nordic Climate and Energy Campaigner Rolf Lindahl:] "It's an important step that Nordea put its foot down and now has specific requirements that the oil pipeline not go through the Standing Rock Sioux Tribe's land.  It sends a clear signal to the world that the rights of indigenous peoples must be respected."; [quoting Mary Sweeters:] "Banks should not be funding projects that violate human rights and contribute to climate change. . . . This project is a crime against Indigenous sovereignty and human rights everywhere." |
| 12/4/2016 | Sierra Club (Katy Reilly) | Website Publication: BREAKING: Dakota Access Pipeline Construction Halted! | DAPL "would cut through . . . tribal lands like the Standing Rock Sioux Tribe's ancestral lands." |
| 12/1/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | [quoting Mary Sweeters:] DAPL is a "disastrous project on behalf of a fossil fuel company willing to destroy Standing Rock's sacred land and water supply" |
| 11/30/2016 | BankTrack (Johan Frijns) | Website Publication: Global call on banks to halt loan to Dakota Access Pipeline | "[T]he pipeline trajectory is cutting through Native American sacred territories and unceded Treaty lands . . . . [G]ross violations of Native land titles . . . ." |
| 11/30/2016 | Greenpeace Japan; 350.org Japan | Open Letter | "[T]his project infringes on [SRST's] traditional territories and threatens the health of their waterways." |
| 11/25/2016 | Greenpeace USA | Website Publication: Another Major Norwegian Investor Divests From Companies Behind Dakota Access Pipeline | [quoting Mary Sweeters:] "If [banks] continue to allow human rights abuses to occur on their dollar, despite their own policies against financing projects that violate Indigenous rights, we intend to bring a strong message to their doorsteps across the country." |

# APPENDIX A
# ADDITIONAL MISREPRESENTATIONS THAT DAPL TRAVERSES SRST TRIBAL TREATY LANDS

| | | | |
|---|---|---|---|
| 11/21/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Young Women Shut Down TD Bank, Call for Divestment of the Dakota Access Pipeline | DAPL "poses a significant threat to the water supply of the Standing Rock Sioux and millions of other people downstream, and would desecrate sacred burial grounds, religious, and other historical sites."; "The pipeline violates . . . the Treaty of Fort Laramie of 1851." |
| 11/18/2016 | Greenpeace USA (Brian Johnson) | Website Publication: Exxon Just Reminded Us Why Fossil Fuels are On The Way Out | "For months, the Standing Rock Sioux have been resisting the construction of a pipeline through their tribal land and waters that would carry oil from North Dakota's fracking fields to Illinois." |
| 11/16/2016 | Greenpeace USA (Ryan Schleeter) | Website Publication: #NoDAPL Day of Action Draws Tens of Thousands, Lights Up Social Media | "Dakota Access Pipeline . . . directly threaten[s] the sacred lands and water source of the Standing Rock Sioux Tribe . . . ." |
| 11/16/2016 | Sierra Club | Website Publication: Tens of Thousands #StandWithStandingRock | DAPL "would carry 450,000 barrels of fracked oil every day through the ancestral and treaty lands of the Standing Rock Sioux Tribe." |
| 11/14/2016 | 350.org (Sara Shor) | Website Publication: November 15th: #NoDAPL Day of Action | "Bulldozers are approaching Standing Rock as I write." |
| 11/12/2016 | 350NYC | Website Publication: NYC Call To Action: We Stand With #StandingRock | DAPL "would pass directly through the sacred lands of the Standing Rock Sioux Tribe . . . ." |
| 11/7/2016 | BankTrack (Johan Frijns) | Website Publication: An open letter to the Equator Principles Association | "[T]he pipeline trajectory is cutting through Native American sacred territories and unceded Treaty lands. Harm to Native areas has already occurred when DAPL personnel deliberately desecrated documented burial grounds and other culturally important sites." |
| 11/7/2016 | BankTrack (Johan Frijns) | Website Publication: An open letter to the Equator Principles Association | DAPL will result in "[g]ross violations of Native land titles, threats to water sources and the desecration of burial grounds . . . ." |

# APPENDIX A
## ADDITIONAL MISREPRESENTATIONS THAT DAPL TRAVERSES SRST TRIBAL TREATY LANDS

| Date | Source | Publication | Quote |
|---|---|---|---|
| 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | "Yesterday over 100 Indigenous people, allies, and journalists were hurt on sacred Native land during a peaceful prayer action."; "The water protectors who were attacked were peaceful and non-provocative toward the police who have continued to force Native communities off their own land."; the "government has unjustly restricted Indigenous communities' rights and ability to access their own land, repeatedly ignoring Native sovereignty."; "Native lives are under attack and sacred land and water supply is at stake."; "[T]his . . . pipeline[] pose[s] immediate threats to our land, water, and climate." |
| 11/2/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: There Are No Safe Options for 'Rerouting' the Dakota Access Pipeline | DAPL is "devastating to Native communities and lands"; "Indigenous lives are under attack." |
| 10/28/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: Police from 5 States Escalate Violence, Shoot Horses to Clear 1851 Treaty Camp | "The 1851 Treaty Camp was set up this past Sunday directly in the path of the pipeline . . . this camp, a reclamation of unceded Dakota territory affirmed as part of the Standing Rock Reservation in the Ft. Laramie Treaty of 1851 . . . ." |
| 10/4/2016 | Greenpeace USA | Website Publication: In Case You Were Wondering, Donald Trump Has Multiple Ties to the Dakota Access Pipeline | DAPL is "a project that tramples Indigenous rights and pushes us closer to climate disaster" |
| 9/13/2016 | Sierra Club (Timothy Hill) | Website Publication: A Tribal Activist War Rages On: The Dakota Access Pipeline and The Fight for Justice | "[B]ulldozers responsible for uprooting and destroying the Standing Rock Sioux reservation . . . ." |
| 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | Protesters are resisting "construction of a crude oil pipeline [DAPL] on ancestral lands . . . ."; DAPL "would carry more than 400,000 barrels of crude oil a day across [SRST's] ancestral lands" |

3

**APPENDIX A**
**ADDITIONAL MISREPRESENTATIONS THAT DAPL TRAVERSES SRST TRIBAL TREATY LANDS**

| Date | Source | Publication | Quote |
|---|---|---|---|
| 9/16/2016 | Greenpeace USA | Website Publication: Supply Drives for the Red Warrior and Sacred Stone Camps | "Dakota Access Pipeline . . . will carry more than 400,000 barrels of crude oil a day across [SRST's] ancestral lands . . . ." |
| 8/30/2016 | Rainforest Action Network; Bold Alliance; 350.org; Minnesota 350; 350 Madison; Greenpeace | Letter: Halt Construction and Repeal the Army Corps of Engineers Permits for the Dakota Access Pipeline Project | "This pipeline would travel through the Standing Rock Sioux Tribe's ancestral lands and pass within half a mile of its current reservation." |
| 8/25/2016 | 350.org | Tweet | "The brave and resilient Sioux people oppose the pipeline threatening their land." |
| 8/22/2016 | 350.org (Bill McKibben) | Website Publication: After 525 Years, It's Time to Actually Listen to Native Americans | "[O]n the Standing Rock Sioux Reservation straddling the border between North Dakota and South Dakota. There, tribal members have been, well, standing like a rock in the way of the planned Dakota Access Pipeline . . . ." |
| 7/27/2016 | Earthjustice | Website Publication: Standing Rock Sioux Tribe Takes Action to Protect Culture and Environment From Massive Crude Oil Pipeline | "The pipeline travels through the Tribe's ancestral lands." |
| Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Indigenous Youth Travel From Standing Rock to Clinton Headquarters to Demand Answers on Dakota Access Pipeline | "[DAPL] is a direct violation of the sovereign rights and culture of [SRST]"; "violating federal trust responsibilities guaranteed through treaties with the Dakota, Lakota, and Nakota tribes, and desecrating burial and other historical sites." |
| Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Statement of Solidarity With Standing Rock Water Protectors | DAPL is in "direct violation of the sovereign rights and culture of [SRST], placing serious risk to the nation's water supply, violating federal trust responsibilities guaranteed through treaties with the Dakota, Lakota, and Nakota tribes, and desecrating sacred burial, religious, and other historical sites." |

# APPENDIX A
## ADDITIONAL MISREPRESENTATIONS THAT DAPL TRAVERSES SRST TRIBAL TREATY LANDS

| | | | |
|---|---|---|---|
| Undated | Sierra Club | Breaking: Army Corps issues final approval for Dakota Access Pipeline -- take action! | DAPL "threaten[s] the safety and sovereignty of the Standing Rock Sioux." |