# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Greenpeace International (aka "Stichting Greenpace Council"); Greenpeace, Inc., Greenpeace Fund, Inc.; Banktrack (aka Stichting Banktrack"); Earth First!; and John and Jane Does 1-20, | ) ) ) ) ) ) | |
| | ) | Case No.  1:17-cv-173 |
| Defendants. | ) | |

Before the court are motions for attorneys Jennifer S.  Recine, Lauren Tabaksblat, and Michael J. Bowe to appear *pro hac vice* on plaintiffs' behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jennifer S.  Recine, Lauren Tabaksblat, and Michael J. Bowe have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk.  Accordingly, the  motions (Docket Nos.  7, 8, and 9) are **GRANTED**. Attorneys  Jennifer S.  Recine, Lauren Tabaksblat, and Michael J. Bowe are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge