# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Energy Transfer Equity, L.P., et al., | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-17-cv-173 |
| Green Peace International, et al., | ) |
| Defendants. | ) |

Before the court is the parties' Stipulation for Extension of Time to File Answer or Move in Response to Complaint. (Doc. No. 13). In the stipulation, the Defendants seek an extension of time to file their responsive pleadings. Ostensibly anticipating a forthcoming motion to dismiss, the parties also include a proposed briefing schedule for any such motion. After consideration, the court **ADOPTS** the parties' stipulation without addition or modification.

The Defendants' responsive pleadings are due by November 17, 2017. If any of the Defendants file a motion to dismiss, the Plaintiffs' response is due by January 19, 2018, with any reply from the Defendants due by March 2, 2018.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court