## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

ENERGY TRANSFER EQUITY, L.P., and ENERGY )
TRANSFER PARTNERS, L.P., )

Plaintiffs, )

v. )

GREENPEACE INTERNATIONAL (aka "STICHTING GREENPEACE )
COUNCIL"); GREENPEACE, INC.; GREENPEACE FUND, INC.; )
BANKTRACK (aka "STICHTING BANKTRACK"); EARTH FIRST!; and )
JOHN AND JANE DOES 1-20, )

Defendants. )

**MOTION TO APPEAR
PRO HAC VICE**

**Case No.** 17-cv-173-DLH-CSM

Daniel N. Carpenter-Gold, an attorney for Natural Resources Defense Council moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| State of Residence: | New York |
|---|---|
| Office/Firm Address: | Natural Resources Defense Council<br>40 West 20th Street, 11th Floor<br>New York, NY 10011 |
| Telephone Number (office): | (212) 727-4656 |
| E-mail Address (office): | dgold@nrdc.org |
| Legal Training: | Harvard Law School (J.D. received May 2016) |
| Other Bar Admissions:<br>list jurisdiction & ID<br>number for each jurisdiction | NY: No. 5515911 |
| Trial Experience: | None |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 3rd day of November   .

Signature of Movant

Daniel N. Carpenter-Gold

Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011

(212) 727-4656
dgold@nrdc.org