# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Energy Transfer Equity, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Greenpeace International, et al., | ) | |
| | ) | Case No. 1-17-cv-173 |
| Defendants. | ) | |

Before the court are motions for attorneys Lisa B. Zycherman, Laura R. Handman, Thomas R. Burke, and Lacy H. Koonce, III to appear *pro hac vice* on behalf of Defendants Greenpeace International and Greenpeace, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), these attorneys affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. These attorneys have also paid the required admission fees to the office of the Clerk. Accordingly, the current motions (Docket Nos. 28, 29, 30, 31) are **GRANTED**. Attorneys Zycherman, Handman, Burke, and Koonce are admitted to practice before this court in the above-entitled action on behalf of Defendants Greenpeace International and Greenpeace, Inc.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge