IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Energy Transfer Equity, L.P., and<br>Energy Transfer Partners, L.P.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Greenpeace international (aka "Stichting Greenpeace Council");<br>Greenpeace, Inc.; Greenpeace Fund, Inc.; Banktrack (aka<br>"Stichting Banktrack"); Earth First!; and John and Jane Does 1-20,<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br><br>Case No.  17-cv-00173 |

Pamela C. Spees, an attorney for Earth First! Journal, moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | New York |
| Office/Firm Address: | Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012 |
| Telephone Number (office): | 212-614-6431 |
| E-mail Address (office): | pspees@ccrjustice.org |
| Legal Training: | City University of New York School of Law |
| Other Bar Admissions:<br>list jurisdiction & ID<br>number for each jurisdiction | New York, Bar No. 4005203<br>Louisiana, Bar No. 29679<br>U.S. District Court, Western District Louisiana, Bar No. 29679<br>U.S. District Court for the District of Columbia, No. NY0171<br>U.S. District Court for the Northern District of New York, Bar No. 517769<br>U.S. Court of Appeals, 1st Circuit, Bar No. 1161704 |
| Trial Experience: | Have practiced for 19 years, led or second-seated approximately 12 jury trials, numerous other proceedings in state and federal court, |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |
|---|---|

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 27th day of November 2017.

Signature of Movant

Pamela C. Spees

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

212-614-6431
pspees@ccrjustice.org