IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ENERGY TRANSFER EQUITY, L.P., and ENERGY TRANSFER PARTNERS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "STICHTING GREENPEACE COUNCIL"); GREENPEACE, INC.; GREENPEACE FUND, INC.; BANKTRACK (aka "STICHTING BANKTRACK"); EARTH FIRST!; and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 1:17-cv-00173-CSM<br><br><br>**DEFENDANT GREENPEACE FUND, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

Defendant Greenpeace Fund, Inc. respectfully submits this Motion to

Dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6).  This Motion is supported

by Greenpeace Fund, Inc.'s Memorandum in Support of Motion to Dismiss filed

contemporaneously with this Motion.

*Energy Transfer Equity, L.P. v. Greenpeace International et al*
Defendant Greenpeace Fund, Inc.'s Motion to Dismiss
Page 1

RESPECTFULLY SUBMITTED this 28th day of November, 2017.


By */s/ Matt J. Kelly*
Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT  59715
(406) 586-9714
mkelly@lawmt.com
*Attorneys for Greenpeace Fund, Inc.*


*Energy Transfer Equity, L.P. v. Greenpeace International et al*
Defendant Greenpeace Fund, Inc.'s Motion to Dismiss
Page 2