# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Energy Transfer Equity, L.P., et. al., | ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Greenpeace International, et. al., | ) |
| | ) Case No. 1:17-cv-173 |
| Defendants. | ) |

Before the court is a motion for attorney Pamela Spees to appear *pro hac vice* on behalf Defendant Earth First. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Pamela Spees has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 36) is **GRANTED**. Attorney Pamela Spees is admitted to practice before this court in the above-entitled action on behalf of Earth First.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge