# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Energy Transfer Equity, L.P., et. al., | ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Greenpeace International, et. al., | ) |
| | ) Case No. 1:17-cv-173 |
| Defendants. | ) |

Before the court is a motion for attorney Mitchell S. Bernard to appear *pro hac vice* on behalf of Defendant Natural Resources Defense Council. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mitchell S. Bernard has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 42) is **GRANTED**. Attorney Mitchell S. Bernard is admitted to practice before this court in the above-entitled action on behalf of the Natural Resources Defense Council.

    **IT IS SO ORDERED.**

Dated this 30th day of November, 2017.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge