## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| ENERGY TRANSFER EQUITY, L.P., and ENERGY TRANSFER PARTNERS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> GREENPEACE INTERNATIONAL (aka "STICHTING GREENPEACE COUNCIL"); GREENPEACE, INC.; GREENPEACE FUND, INC.; BANKTRACK (aka "STICHTING BANKTRACK"); EARTH FIRST!; and JOHN AND JANE DOES 1-20, <br><br> Defendants. | Cause No. 1:17-cv-00173-CSM <br><br> **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** |

Defendants Greenpeace International (aka "Stichting Greenpeace Council") and Greenpeace, Inc. (together, the "Greenpeace Defendants"), Greenpeace Fund, Inc., and Banktrack, through counsel, hereby requests leave of this Court to file over-length reply memorandums in support of their pending Motions to Dismiss pursuant to Local Rule 7.1(c).

The Complaint against Defendants is 187 pages long and contains 442 paragraphs and 8 separate causes of action. ECF No. 1. Additionally, the Complaint incorporates 41 pages of appendices, which set forth 238 different alleged misrepresentations by Defendants in support of Plaintiff's claim. Given the voluminous nature of the complaint at issue in the case, the analysis in support of Defendant's Motion to Dismiss requires substantial briefing.

This Court previously granted the Greenpeace Defendants' request to file an overlength brief in support of their motion to dismiss. ECF No. 27. The Court subsequently granted Plaintiff's request to file a 90-page consolidated opposition brief. ECF No. 61. Proper analysis of Plaintiff's claims and response to the arguments set forth in Plaintiffs' substantial opposition

1

brief requires briefing that will exceed the 10-page limit for reply briefs allowed by Local Rule 7.1, and the 20-page limit this Court previously set for the Greenpeace Defendants' reply brief. *See* ECF No. 27.

For these reasons, the Greenpeace Defendants request leave to file a memorandum in support of their motion to dismiss that will not exceed 40 pages. Greenpeace Fund, Inc. requests leave to file a memorandum in support of its motion to dismiss that will not exceed 25 pages; and Banktrack requests leave to file a memorandum in support of its motion to dismiss that will not exceed 30 pages.

Counsel for Plaintiffs have been contacted regarding this motion and do not oppose it.

Respectfully submitted this 23rd day of March, 2018,

/s/   *Lacy H. Koonce, III*

Derrick Braaten, ND Bar # 06394
BAUMSTARK BRAATEN LAW PARTNERS
109 North 4th Street, Suite 100
Bismarck, ND 58501
T:  701-221-2911
derrick@baumstarkbraaten.com

Lacy H. Koonce, III (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE, LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 603-6467
lancekoonce@dwt.com

Laura Handman (admitted *pro hac vice*)
Lisa Zycherman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006-2401
(202) 973-4200
laurahandman@dwt.com
lisazycherman@dwt.com

Thomas R. Burke (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500
thomasburke@dwt.com

*Attorneys for Defendants Greenpeace International and Greenpeace, Inc.*

*/s/ Matt J. Kelly*
Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

*Attorneys for Greenpeace Fund, Inc.*


/s/ *Robin S. Martinez*

Robin S. Martinez, MO #36557/KS #23816
THE MARTINEZ LAW FIRM, LLC
1150 Grand Blvd., Suite 240
Kansas City, MO 64016
(816) 979-1620
robin.martinez@martinezlaw.net

*Attorney for Defendant Banktrack*