IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**ENERGY TRANSFER EQUITY, LP,** *ET AL.*                                         **PLAINTIFFS**

**VS.**                            **1:17-CV-00173-BRW**

**GREENPEACE INTERNATIONAL,** *ET AL.*                                         **DEFENDANTS**

### ORDER

The points made in Earth First! Journal's April 2, 2018 filing are well-taken.[1]

Accordingly, if Plaintiff wants to pursue claims against Earth First!, it is responsible for serving it pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 3rd day of April, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 80.