IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | Case No. 1:17-cv-00173 |
| Greenpeace International (aka "Stichting Greenpeace Council"); Greenpeace, Inc.; Greenpeace Fund, Inc.; Banktrack (aka "Stichting Banktrack"); Earth First!; and John and Jane Does 1-20, | |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(E), the undersigned counsel for plaintiffs Energy Transfer Equity, L.P. and Energy Transfer Partners, L.P. respectfully request oral argument on defendant BankTrack's Motion to Dismiss Pursuant to Rules 12(B)(6) and 12(B)(2) (ECF No. 37), defendant Greenpeace Fund, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 38), and defendants Greenpeace International and Greenpeace, Inc.'s Motion to Dismiss Pursuant to Rule 12(B)(6) (ECF No. 40). Counsel estimates the time to argue these motions would not exceed one hour.

Dated this 4th day of April, 2018.

                                    FREDRIKSON & BYRON, P.A.

By:  */s/* Lawrence Bender
      LAWRENCE BENDER, ND Bar #03908
      DANIELLE M. KRAUSE, ND Bar #06874
      1133 College Drive, Suite 1000
      Bismarck, ND 58501
      Telephone: 701.221.8700
      Fax: 701.221-8750
      lbender@fredlaw.com
      dkrause@fredlaw.com

and

**KASOWITZ BENSON TORRES LLP**

Michael J. Bowe (admitted *pro hac vice*)
Jennifer S. Recine (admitted *pro hac vice*
Lauren Tabaksblat (admitted *pro hac vice*)
1633 Broadway
New York, NY 10019
212.506.1700
mbowe@kasowitz.com
jrecine@kasowitz.com
ltabaksblat@kasowitz.com

*Attorneys for Plaintiffs Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P.*

63705956.1