IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| ENERGY TRANSFER EQUITY, L.P., and, ENERGY TRANSFER PARTNERS, L.P.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENPEACE INTERNATIONAL (aka "STICHTING GREENPEACE COUNCIL"); GREENPEACE, INC.; GREENPEACE FUND, INC.; BANKTRACK (aka "STICHTING BANKTRACK"); EARTH FIRST!; and JOHN AND JANE DOES 1-20,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 17-cv-0173 |

**RESPONSE TO REQUEST FOR ORAL ARGUMENT**

      Defendants Greenpeace International (aka "Stichting Greenpeace Council") and Greenpeace, Inc., Greenpeace Fund, Inc., and Banktrack (collectively, "Defendants"), through counsel, hereby respond to Plaintiffs Energy Transfer Equity, L.P. and Energy Transfer Partners, L.P.'s request for oral argument on the Defendants' pending motions to dismiss the complaint. Defendants agree that it would be beneficial for the parties to appear before the Court to provide oral argument on the pending dispositive motions, and further agree that such argument should not exceed one hour.

      DATED: April 13, 2018

Respectfully submitted,

　　　　*/s/ Lacy H. Koonce, III*　　　　
Lacy H. Koonce, III (*Admitted Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone:　　(212) 489-8230
Facsimile:　　(212) 489-8340
lancekoonce@dwt.com

Derrick Braaten
BAUMSTARK BRAATEN LAW PARTNERS
109 North 4th Street, Suite 100
Bismarck, ND  58501
(701) 221-5842
derrick@baumstarkbraaten.com

*Counsel for Defendants Greenpeace International and Greenpeace, Inc.*


*/s/ Matt J. Kelly*　　　　　　　　
Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

*Attorneys for Greenpeace Fund, Inc.*


/s/ *Robin S. Martinez*　　　　　
Robin S. Martinez, MO #36557/KS #23816
THE MARTINEZ LAW FIRM, LLC
1150 Grand Blvd., Suite 240
Kansas City, MO 64016
(816) 979-1620
robin.martinez@martinezlaw.net

*Attorney for Defendant Banktrack*