# **EXHIBIT 16**





(https://earthfirstjournal.org/donate)
(https://earthfirstjournal.org/newswire)

WEDNESDAY, APRIL 11TH, 2018

# Mariner East 2 Pipeline Sabotaged

*from Philly_Anti-Capitalist (https://phlanticap.noblogs.org/pipeline-sabotage/)*



(http://earthfirstjournal.org/newswire/wp-content/uploads/sites/3/2017/09/fire-orange-letamaio.png)

Early last week, we made the two tractors that Energy Transfer Partners was using to construct the Mariner East 2 pipeline near Exton, PA inoperative by cutting their hoses and electrical wires, cutting off valve stems to deflate the tires, introducing sand into their systems, putting potatoes in the exhaust pipes, using contact cement to close off the machines' panels and fuel tanks, and a variety of other mischievous improvised sabotage techniques.

We feel called to fight for the natural world and would be lazy to submit to the demise of the earth, animal and self by not fighting against its destruction by machines and corporations who seek to kill it for capitalist growth. It was surprisingly easy and brought us so much joy. We've read since that ETP has had to acknowledge the damage, which they are usually careful to cover up, and see that this wreck of a project could be seriously compromised by the proliferation of more actions like these.

For those restless, angry warriors out there, we hope you find similar happiness in destroying little by little the tools of this capitalist settler-colonial nation. Death to colonization and capitalism… Shout out to everyone out there still attacking in spite of repression and grief.

**Share this:**



- Google (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/?share=google-plus-1&nb=1)
- Reddit (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/?share=reddit&nb=1)
- Twitter (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/?share=twitter&nb=1)
- Facebook (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/?share=facebook&nb=1)

**Earth First! Search**

Custom

**Categories**

Categories
Select Category

**Earth First! Newswire Features**

(https://earthfirstjournal.org/newswire/spring-issue-is-now-available-to-order-bundle-of-all-2017-issues-is-now-on-...)



(https://earthfirstjournal.org/newswire/more-on-post-rondy-ice-office-blockade...)

Print (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/#print)

More

**Like this:**

Like

Be the first to like this.

**COMMENTS**
Leave a comment (https://earthfirstjournal.org/newswire/2018/04/11/mariner-east-2-pipeline-sabotaged/#respond)

**CATEGORIES**
Anti-Civ (https://earthfirstjournal.org/newswire/category/anti-civ/), Direct Action (https://earthfirstjournal.org/newswire/category/direct-action/), Direct Action Alerts (https://earthfirstjournal.org/newswire/category/direct-action-alerts/), News (https://earthfirstjournal.org/newswire/category/news/), Pipeline Resistance (https://earthfirstjournal.org/newswire/category/pipeline-resistance/), Sabotage (https://earthfirstjournal.org/newswire/category/sabotage/)

**AUTHOR**
Twig - EF! Journal Everglades Office (https://earthfirstjournal.org/newswire/author/twig/)

Comments are closed.

(https://earthfirstjournal.org/newswire/post-rondy-action-shuts-down-street)

(https://earthfirstjournal.org/newswire/to-the-2018-earth-first-round-river-re)

(https://earthfirstjournal.org/newswire/update-on-the-2018-earth-first-round-rendezvous-in-ohio/)

**Action Alerts**

(https://earthfirstjournal.org/newswire/help-needed-as-logging-company-attempts-forest-blockade-in-northern-california/)



(https://earthfirstjournal.org/newswire/help-needed-at-leau-est-la-vie-camp-approaching-treesits/)



(https://earthfirstjournal.org/newswire/new-england-earth-first-summer-gathering-2018/)

### Top Newswire Posts




(https://earthfirstjournal.org/newswire/2018/07/30/wedding-tracking/) (https://earthfirstjournal.org/newswire/2018/07/25/canada-informants-and-spies-regularly-attending-kinder-morgan-protests/)



(http://earthfirstjournal.org/newswire/feed/rss)
(https://twitter.com/efjournal)
(https://www.facebook.com/efjournal)
(https://www.youtube.com/user/EarthFirstJournal/playlists)
(http://earthfirstjournal.tumblr.com/)



(http://earthfirstjournal.org/store/product/earth-first-direct-action-manual-third-edition/)



(http://theanarchistlibrary.org/library/Various_Authors__Ecodefense__A_Field_Guide_to_Monkeywrenching)



(http://earthfirstjournal.org/store/product/earth-first-newsletter-25-brigidwinter-2017/)
Printable Earth First! Newsletter #25: Brigid/Winter 2017

- Newsletter #24: Samhain/Fall 2016 (http://earthfirstjournal.org/store/product/earth-first-newsletter-24-samhainfall-2016/)

- Newsletter #23: Lughnasadh 2016 (http://earthfirstjournal.org/store/product/earth-first-newsletter-23-lughnasadhsummer-2016/)
- Newsletter #22 Beltane 2016 (http://earthfirstjournal.org/store/product/earth-first-newsletter-22-beltanespring-2016/)
- Newsletter #21 Brigid 2016 (http://earthfirstjournal.org/store/product/earth-first-newsletter-21-brigidwinter-2016/)
- Newsletter #20: Samhain 2015 (http://earthfirstjournal.org/store/product/earth-first-newsletter-20-samhainfall-2015/)
- Newsletter #19: Lughnasadh 2015 (http://earthfirstjournal.org/store/product/earth-first-newsletter-19-lughnasadhsummer-2015/)
- Newsletter #18 Beltane 2015 (http://earthfirstjournal.org/store/product/earth-first-newsletter-18-beltanespring-2015/)
- Newsletter #17 Yule 2014 (http://earthfirstjournal.org/store/product/earth-first-newsletter-17-yulewinter-2014/)
- Newsletter #16 Mabon 2014 (http://earthfirstjournal.org/store/product/httpissuu-comearthfirstjournaldocsmabon_14_newsletter/)
- Newsletter #15 Litha 2014 (http://earthfirstjournal.org/store/product/earth-first-newswire-15-litha-2014/)
- Newsletter #14 Eostar 2014 (http://earthfirstjournal.org/store/product/earth-first-newsletter-14-eostar-2014/)
- Newsletter #13 Yule 2013 (http://earthfirstjournal.org/store/product/earth-first-newsletter-13-yule-2013/)
- Newsletter #12 Mabon 2013 (http://earthfirstjournal.org/store/product/earth-first-newsletter-12-mabon-2013/)
- Newsletter #11: Litha 2013 (http://earthfirstjournal.org/store/product/earth-first-newsletter-11-litha-2013/)
- Newsletter #10: Eostar 2013 (http://earthfirstjournal.org/store/product/earth-first-newsletter-10-eostar-2013/)
- Newsletter #9: Yule 2012 (http://earthfirstjournal.org/store/product/earth-first-newsletter-9-yule-2012/)
- Newsletter #8: Litha 2012 (http://earthfirstjournal.org/store/product/earth-first-newsletter-8-litha-2012/)
- Newsletter #7: Eostar 2012 (http://earthfirstjournal.org/store/product/earth-first-newsletter-7-eostar-2012/)
- Newsletter #6: Yule 2011 (http://earthfirstjournal.org/store/product/earth-first-newsletter-6-yule-2011/)
- Newsletter #5: Lughnasadh 2011 (http://earthfirstjournal.org/store/product/earth-first-newsletter-5-lughnasadh-2011/)
- Newsletter #4: Beltane 2011 (http://earthfirstjournal.org/store/product/earth-first-newsletter-4-beltane-2011/)
- Newsletter #3: Eostar 2011 (http://earthfirstjournal.org/store/product/earth-first-newsletter-3-eostar-2011/)
- Newsletter #2: Yule 2010 (http://earthfirstjournal.org/store/product/earth-first-newsletter-2-yule-2010/)
- Newsletter #1: Lughnasadh 2010 (http://earthfirstjournal.org/store/product/earth-first-newsletter-1-lughnasadh-2010/)



(http://thetalonconspiracy.com/)


(http://submedia.tv/)


(https://efmechanicsguild.wordpress.com/)

(https://soundcloud.com/ranger-danger-379084944)

Earth First! Newswire is a free service of Earth First! Journal Collective. Please consider subscribing today ( http://earthfirstjournal.org/subscriptions/).

Earth First! Journal
PO Box 964, Lake Worth, FL 33460
(561) 320-3840
collective at earthfirstjournal.org (mailto:collective@earthfirstjournal.org)

for the wild.

Submissions (http://earthfirstjournal.org/submissions/)
Media Distribution (http://earthfirstjournal.org/media-distribution/)
Advertising (http://earthfirstjournal.org/advertising/)
Employment (http://earthfirstjournal.org/employment/)
Contributors (http://earthfirstjournal.org/contributors/)