# **EXHIBIT 18**

# Greenpeace

< Welcome page                                    Returning Candidate? Log back in!

# Pipeline Organizer

US                                                                    1 month ago

**Job ID** 2018-1196    **# of Openings** 1    **Category** Campaigns    **End Date** 4/17/2018

## Overview

As a member of the Grassroots Department, you will work on Greenpeace's priority project of 2018 -- stopping pipelines and holding ETP accountable for their bad practices. You will make frequent and extended site visits to key communities to engage with partners, run trainings, work with leaders, hold events, and engage in other key on the ground organizing.

## Responsibilities

- Represent Greenpeace on the national StopETP coalition call and liaise between coalition and Greenpeace team on priorities and output
- Work with partners to meet the needs of the campaign, including bottomlining solidarity activities and events.
- Spend time on the ground at pipeline sites as needed
- Hold and maintain relationships for the organization with key thought-leaders, partners, and allies, including potential funders and greenpeace volunteers
- Keep up to date on ETP pipeline developments including ongoing litigation, regulatory challenges, and ground resistance.
- Work on creating compelling communications materials that lift up local and frontline voices in pipeline fights
- Through site visits, phone contact, and online organizing, build relationships with existing volunteer leaders, recruit new leadership, keep all volunteers engaged and coach them on organizing principles.
- Design simple, effective campaign plans with motivating tactics for volunteers.
- Working knowledge of Greenpeace strategy and campaign.
- Other responsibilities required by your manager.

## Qualifications

- 2-3 years grassroots organizing experience.

- Proven experience in directing a project from conception to completion.
- Proven ability to work both independently and in close coordination with a team.
- Excellent volunteer recruitment, training, and development skills.
- Experience developing campaign strategy and tactics for volunteer engagement.
- Ability to build working relationships quickly.
- Ability to recruit volunteers in both urban and suburban/rural areas. Experience recruiting volunteers.
- Cultural competency, including the ability to create and sustain inclusive spaces for people of all races/ethnicities, genders, ages, religions, abilities, classes, and geographies. Demonstrated commitment to anti-oppressive values and practices, understanding of intersections of racism, classism, and other forms of oppression with environmental issues.
- Ability to both enter and leave communities with transparency, grace, and integrity.
- Strong communication skills including public speaking, written and oral.
- Ability to keep a level head in a fast-paced campaign environment.
- Time-management and organizational skills.
- Ability to travel up to 60% of the time.
- Willing to work weekend and evening events as needed, ability to have a flexible schedule and work long hours when necessary.
- Valid driver's license.
- Commitment to grassroots organizing and non-violent direct action as means of effecting change.
- Knowledge of at least basic HTML coding skills a plus.
- Experience with email writing and campaign toolkits a plus.
- Spanish speaking ability a plus.

## Benefits

The salary for this position is $45,074.48. This is a one-year, contract position.

Greenpeace USA values a healthy work-life balance and has flexible, family-friendly employment policies. Our competitive benefits package for full-time employees includes medical, dental, and vision coverage with low contributions from staff. We have options for pre-tax flexible spending accounts for medical and dependent care costs. Greenpeace employees enjoy generous 401K matching and time off for vacation, sick, personal, and parental leave. After five years, staff are eligible for a paid sabbatical. To encourage public transportation use and biking, we offer subsidies for staff who choose to bike or ride mass transit to work. Greenpeace is committed to the growth and development of staff and fostering a creative workplace culture. For more information, check out our benefits plan

*Commitment to Diversity:*

Greenpeace welcomes and values diversity of people, cultural experiences and perspectives. Through our campaigning, we create solutions that promote environmental sustainability rooted in social justice. Our mission is to create a diverse and inclusive work environment that is a reflection of the global campaigns and missions that we champion.

## Options

Apply for this job online

Email this job to a friend

Share on your newsfeed

Application FAQs

Software Powered by iCIMS

www.icims.com