# APPENDIX A
# GREENPEACE FALSE STATEMENTS

|   | Date | Author | Description | Statements |
|---|------|--------|-------------|------------|
| 1. | 3/10/2017 | Greenpeace USA (Diamond Coleman) | Website Publication: Native Nations Rise: Showing Solidarity in the Movement for Indigenous Sovereignty | DAPL is a "threat to clean water" and "blatant disregard of tribal sovereignty." |
| 2. | 3/10/2017 | Greenpeace USA (Cassady Craighill) | Website Publication: In Solidarity, Greeenpeace [sic] Supports Native Nations March in DC | "The Dakota Access Pipeline . . . will face unrelenting opposition because of . . . their abuses of environment and their cost to our public health. These pipelines only make billionaires richer and keep us hitched to yesterday's energy source. Meanwhile the people closest to their impacts disproportionately pay the price of a catastrophically altered climate, unbreathable air, and undrinkable water." |
| 3. | 3/7/2017 | Greenpeace USA (Cassady Craighill) | Website Publication: Greenpeace Responds to Court's Ruling Against Standing Rock | Condemning "the criminal Dakota Access Pipeline." |
| 4. | 3/7/2017 | Greenpeace USA (Cassady Craighill) | Website Publication: Greenpeace Responds to Court's Ruling Against Standing Rock | DAPL "violates the sovereignty of the Standing Rock Sioux Tribe, the National Environmental Protection Act . . . and crystal clear moral imperatives that place the value of human life and the natural resources it depends upon over the interests of corporations." |
| 5. | 2/7/2017 | Greenpeace USA (Jason Schwartz) | Website Publication: NoDAPL: Greenpeace Responds to Granting of Easement | [quoting Mary Sweeters:] DAPL is a "project[] that threaten[s] Indigenous rights, clear water and air, and our climate." |
| 6. | 2/7/2017 | Greenpeace USA (Jason Schwartz) | Website Publication: NoDAPL: Greenpeace Responds to Granting of Easement | [quoting Mary Sweeters:] "The Dakota Access Pipeline poses a significant threat to the water supply of Standing Rock and to millions of other people downstream." |

**APPENDIX A**
**GREENPEACE FALSE STATEMENTS**

| | | | | |
|---|---|---|---|---|
| 7. | 2/7/2017 | Greenpeace USA (Jason Schwartz) | Website Publication: NoDAPL: Greenpeace Responds to Granting of Easement | [quoting Mary Sweeters:] "[DAPL's] construction has already desecrated sacred burial grounds and other historical sites nearby." |
| 8. | 2/7/2017 | Greenpeace USA (Mary Sweeters) | Website Publication: It's Time for DAPL Funders to Decide Which Side of History They Want to Be On | DAPL is "a project that violates Indigenous rights and threatens our climate" |
| 9. | 2/7/2017 | Greenpeace USA (Mary Sweeters) | Website Publication: It's Time for DAPL Funders to Decide Which Side of History They Want to Be On | Funding banks are companies "that disregarded Indigenous sovereignty, threatened the water supply for millions, and sped up catastrophic climate change" |
| 10. | 2/7/2017 | Greenpeace USA (Mary Sweeters) | Website Publication: It's Time for DAPL Funders to Decide Which Side of History They Want to Be On | The "original plans [for DAPL] included rerouting the pipeline from its original path near Bismarck, North Dakota over concerns about the threat of a spill to the city's water supply." |
| 11. | 2/7/2017 | Greenpeace USA (Mary Sweeters) | Website Publication: It's Time for DAPL Funders to Decide Which Side of History They Want to Be On | Banks funding DAPL are "on notice for their role in supporting a project that . . . threatens our climate. . . . [F]inancial institutions funding the project have a role to play, a moral obligation, and their own policies to abide in breaking ties from this project. Unless, of course, they want to be remembered as the company that . . . sped up catastrophic climate change." |
| 12. | 2/7/2017 | Greenpeace USA (Mary Sweeters) | Website Publication: It's Time for DAPL Funders to Decide Which Side of History They Want to Be On | DAPL "was rushed, lacked of proper government-to-government consultation with [SRST], and ignored the warnings of multiple government agencies." |
| 13. | 1/27/2017 | Greenpeace USA (Jesse Coleman) | Website Publication: Pipe Dreams: Why Trump's Dakota Access and Keystone XL Plans Don't Add Up | DAPL is a "[p]roject[] that trample[s] Indigenous treaties and rights, while endangering the lives and drinking sources of hundreds of thousands of people . . . ." |

2

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 14. | 1/25/2017 | Greenpeace USA | Tweet | "If this administration is going to fast track environmental destruction then relentless resistance will be the response. #NoDAPL #NoKXL" |
| 15. | 12/19/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: After Visiting Standing Rock, Swedish Bank Nordea Puts Companies Behind DAPL on Watch | [quoting Greenpeace Nordic Climate and Energy Campaigner Rolf Lindahl:] "It's an important step that Nordea put its foot down and now has specific requirements that the oil pipeline not go through the Standing Rock Sioux Tribe's land. It sends a clear signal to the world that the rights of indigenous peoples must be respected." |
| 16. | 12/19/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: After Visiting Standing Rock, Swedish Bank Nordea Puts Companies Behind DAPL on Watch | [quoting Mary Sweeters:] "Banks should not be funding projects that violate human rights and contribute to climate change. . . . This project is a crime against Indigenous sovereignty and human rights everywhere." |
| 17. | 12/5/2016 | Greenpeace USA (Mary Sweeters) | Website Publication: 3 Things You Need to Know About the Dakota Access Pipeline Win | "[T]he Army Corps of Engineers will undertake the full environmental impact statement it should have conducted in the first place" |
| 18. | 12/2/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: President-Elect Trump's Support for Dakota Access Pipeline Is Crony Capitalism at Its Worst | [quoting Mary Sweeters:] "Millions of people will lose access to a clean water supply, including the Standing Rock Sioux Tribe, and the rest of America will face the impacts of catastrophic climate change from burning fossil fuels." |
| 19. | 12/1/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | "The original permitting for the pipeline was fast tracked without adequate tribal consultation and consent or environmental review." |
| 20. | 12/1/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | [quoting Mary Sweeters:] DAPL is a "disastrous project on behalf of a fossil fuel company willing to destroy Standing Rock's sacred land and water supply" |

3

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 21. | 12/1/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | [quoting Mary Sweeters:] Citibank "has signed off on the human rights abuses we've seen from Energy Transfer Partners and its security team." |
| 22. | 11/30/2016 | Greenpeace Japan; 350.org Japan | Open Letter | There has been "excessive use of violence exercised on the protestors" in connection with DAPL construction. |
| 23. | 11/30/2016 | Greenpeace Japan; 350.org Japan | Open Letter | "[T]his project infringes on [SRST's] traditional territories and threatens the health of their waterways." |
| 24. | 11/30/2016 | Greenpeace Japan; 350.org Japan | Open Letter | DAPL is "likely to have a negative impact on the environment . . . ." |
| 25. | 11/30/2016 | Joint letter, signed by 350.org; Bold Alliance; Greenpeace France; Greenpeace International; Greenpeace Netherlands; Greenpeace USA; Rainforest Action Network | Open Letter: Halt your support to the Dakota Access Pipeline | DAPL "threatens air and water resources in the region and further downstream." |
| 26. | 11/30/2016 | Joint letter, signed by 350.org; Bold Alliance; Greenpeace France; Greenpeace International; | Open Letter: Halt your support to the Dakota Access Pipeline | "Given that Indigenous rights are presumed to be respected by the [Equator Principles Financial Institutions], . . . it is for us inexplicable that . . . gross violations of Native land titles, threats to water sources and the desecration of burial grounds have not been identified early on as reasons for [BBVA] to not provide funding for this project." |

4

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| | | Greenpeace Netherlands; Greenpeace USA; Rainforest Action Network | | |
| 27. | 11/30/2016 | Joint letter, signed by 350.org; Bold Alliance; Greenpeace France; Greenpeace International; Greenpeace Netherlands; Greenpeace USA; Rainforest Action Network | Open Letter: Halt your support to the Dakota Access Pipeline | DAPL personnel deliberately desecrated documented burial grounds and other culturally important sites." |
| 28. | 11/30/2016 | Joint letter, signed by 350.org; Bold Alliance; Greenpeace France; Greenpeace International; Greenpeace Netherlands; Greenpeace USA; Rainforest Action Network | Open Letter: Halt your support to the Dakota Access Pipeline | Accusing Energy Transfer "grievous human rights violations against water protectors," through the use of "military equipment, tactics and weapons to intimidate, assault, [and] arrest," including "[i]ndiscriminate use of attack dogs, rubber bullets, concussion grenades, tazers and mace," and attacks on protestors with "water cannons used in sub-zero temperatures leading to life threatening situations . . . ." |
| 29. | 11/30/2016 | Joint letter, signed by 350.org; Bold Alliance; Greenpeace | Open Letter: Halt your support to the Dakota Access Pipeline | Stating that DAPL's "pipeline trajectory is cutting through Native American sacred territories and unceded Treaty lands," |

5

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | France; Greenpeace International; Greenpeace Netherlands; Greenpeace USA; Rainforest Action Network |   |   |
| 30. | 11/27/2016 | Greenpeace USA | Tweet | "NOW: 100s gather to demand @TheJusticeDept intervenes & stops the violence used against #StandingRock water protectors. #NoDAPL" |
| 31. | 11/25/2016 | Greenpeace USA | Website Publication: Another Major Norwegian Investor Divests From Companies Behind Dakota Access Pipeline | [quoting Mary Sweeters:] "The financial institutions behind the pipeline are realizing that it is bad business to invest in companies willing to disregard Indigenous sovereignty to destroy sacred Native lands and water supply" |
| 32. | 11/25/2016 | Greenpeace USA | Website Publication: Another Major Norwegian Investor Divests From Companies Behind Dakota Access Pipeline | [quoting Mary Sweeters:] "If [banks] continue to allow human rights abuses to occur on their dollar, despite their own policies against financing projects that violate Indigenous rights, we intend to bring a strong message to their doorsteps across the country." |
| 33. | 11/24/2016 | Greenpeace USA | Tweet | "As you enjoy this day with your family, don't forget that Indigenous people are still under attack. #NoDAPL http://huff.to/2gmUqpi" |
| 34. | 11/21/2016 | Greenpeace USA (Annie Leonard) | Tweet | "Militarized response to peaceful protest and indigenous rights is indefensible. #NoDAPL #StandingWithStandingRock #WaterIsLife" |
| 35. | 11/21/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Young Women Shut Down TD Bank, Call for Divestment of the Dakota Access Pipeline | "[P]eaceful, nonviolent encampment on Standing Rock Sioux Tribal land in the path of the pipeline [and] Water Protectors . . . have been met with extreme violence, such as the use of water cannons, pepper spray, concussion grenades, tasers, LRADs |

6

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

|  |  |  |  | (Long Range Acoustic Devices), and dogs, from local and national law enforcement, and Energy Transfer Partners and their private security." |
|---|---|---|---|---|
| 36. | 11/21/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Young Women Shut Down TD Bank, Call for Divestment of the Dakota Access Pipeline | DAPL "poses a significant threat to the water supply of the Standing Rock Sioux and millions of other people downstream, and would desecrate sacred burial grounds, religious, and other historical sites." |
| 37. | 11/21/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Young Women Shut Down TD Bank, Call for Divestment of the Dakota Access Pipeline | "The pipeline violates . . . the Treaty of Fort Laramie of 1851." |
| 38. | 11/21/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Young Women Shut Down TD Bank, Call for Divestment of the Dakota Access Pipeline | "We're here to tell TD Bank that destroying indigenous land and poisoning the water of thousands of people is bad for business." |
| 39. | 11/18/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Largest Bank In Norway Sells Its Assets In Dakota Access | "All financial institutions with a stake in the pipeline must quickly realize that financing this project is toxic. It would be smart for them to get out ahead of the growing movement of customers looking to divest from banks that finance the destruction of our planet and ignore Indigenous rights and sovereignty." |
| 40. | 11/18/2016 | Greenpeace USA (Brian Johnson) | Website Publication: Exxon Just Reminded Us Why Fossil Fuels are On The Way Out | "For months, the Standing Rock Sioux have been resisting the construction of a pipeline through their tribal land and waters that would carry oil from North Dakota's fracking fields to Illinois." |
| 41. | 11/16/2016 | Greenpeace USA (Ryan Schleeter) | Website Publication: #NoDAPL Day of Action Draws Tens of Thousands, Lights Up Social Media | "Dakota Access Pipeline . . . directly threaten[s] the sacred lands and water source of the Standing Rock Sioux Tribe . . . ." |

7

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| 42. | 11/16/2016 | Greenpeace USA (Ryan Schleeter) | Website Publication: #NoDAPL Day of Action Draws Tens of Thousands, Lights Up Social Media | "For months, the Standing Rock Sioux and allies have been peacefully protesting the crude oil pipeline, but have been met with aggression and violence from Dakota Access private security and construction crews." |
|---|---|---|---|---|
| 43. | 11/15/2016 | Greenpeace USA | Tweet | "Peaceful Water Protectors at Standing Rock have been met with violence from private security & construction crews. We stay for them. #NoDAPL" |
| 44. | 11/14/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Responds to Army Corps' Decision to Engage Standing Rock Sioux Tribe on Dakota Access Pipeline | "[N]o matter where this disaster of a project crosses the Missouri River, it will jeopardize precious water supply downstream." (quoting GP spokesperson Lilian Molina) |
| 45. | 11/14/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Responds to Army Corps' Decision to Engage Standing Rock Sioux Tribe on Dakota Access Pipeline | "It is abundantly clear that the tribe was not adequately consulted in the permitting process . . . ." |
| 46. | 11/14/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Responds to Army Corps' Decision to Engage Standing Rock Sioux Tribe on Dakota Access Pipeline | There is a "need to respect the Tribe's rights and sovereignty moving forward. The previous decision to reroute the pipeline from Bismarck, a city that is mostly white, to just north of Standing Rock is a clear case of environmental racism." (quoting GP spokesperson Lilian Molina) |
| 47. | 11/7/2016 | Joint letter, signed by Greenpeace, Sierra Club, RAN | Letter to consortium of banks financing DAPL | DAPL "threatens air and water resources in the region and further downstream . . . . Given the presumed Indigenous rights commitments of [banks], it is for us inexplicable that . . . threats to water sources . . . have not been identified early on as reasons for EPFIs to not provide funding for this project." |

8

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| 48. | 11/7/2016 | Joint letter, signed by Greenpeace, Sierra Club, RAN | Letter to consortium of banks financing DAPL | DAPL is a "climate destroying project." |
|---|---|---|---|---|
| 49. | 11/7/2016 | Joint letter, signed by Greenpeace, Sierra Club, RAN | Letter to consortium of banks financing DAPL | "[T]he pipeline trajectory is cutting through Native American sacred territories and unceded Treaty lands . . . ." |
| 50. | 11/7/2016 | Joint letter, signed by Greenpeace, Sierra Club, RAN | Letter to consortium of banks financing DAPL | "Harm to Native areas ha[d] already occurred when DAPL personnel deliberately desecrated documented burial grounds and other culturally important sites." |
| 51. | 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | "Yesterday over 100 Indigenous people, allies, and journalists were hurt on sacred Native land during a peaceful prayer action." |
| 52. | 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | "The water protectors who were attacked were peaceful and non-provocative toward the police who have continued to force Native communities off their own land." |
| 53. | 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | The "government has unjustly restricted Indigenous communities' rights and ability to access their own land, repeatedly ignoring Native sovereignty." |
| 54. | 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | "Native lives are under attack and sacred land and water supply is at stake." |
| 55. | 11/4/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Calls on President Obama to Take Immediate Action for Standing Rock Water Protectors | "[T]his . . . pipeline[] pose[s] immediate threats to our land, water, and climate." |

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 56. | 11/4/2016 | Greenpeace USA (Mary Sweeters) | Tweet | "Re-routing Dakota Access Pipeline Won't Make it Less Dangerous to the Environment or Climate http://therealnews.com/t2/index.php?option=com_content&task=view&id=31&Itemid=74&jumival=17574#.WByyDJJtzaA.twitter … #NoDAPL" |
| 57. | 11/4/2016 | Greenpeace USA | Tweet | "Re-routing Dakota Access pipeline won't make it less dangerous to the environment or our climate! #NoDAPL http://bit.ly/2fJ1XkI" |
| 58. | 11/2/2016 | Greenpeace USA (Perry Wheeler) | Website Publication: There Are No Safe Options for 'Rerouting' the Dakota Access Pipeline | DAPL is "devastating to Native communities and lands"; "Indigenous lives are under attack." |
| 59. | 10/28/2016 | Greenpeace USA | Website Publication: How You Can Show Your Solidarity in the Fight Against the Dakota Access Pipeline | "[W]e're taking back our power and charging the pipeline companies, banks, and individuals behind this project with crimes against humanity and crimes against Mother Earth." |
| 60. | 10/28/2016 | Greenpeace USA | Website Publication: How You Can Show Your Solidarity in the Fight Against the Dakota Access Pipeline | "The Dakota Access Pipeline is in direct violation of the United Nations' Declaration on the Rights of Indigenous Peoples, particularly with regard to the right to free and prior informed consent, desecration, redress, militarization, development, treaties, and judicial proceedings . . . [and] the United Nations' Declaration of Universal Human Rights, especially with respect to the right to security of person and the right to not be subjected to torture or to cruel, inhuman, or degrading treatment or punishment." |
| 61. | 10/4/2016 | Greenpeace USA | Website Publication: In Case You Were Wondering, Donald Trump Has Multiple Ties to the Dakota Access Pipeline | DAPL is "a project that tramples Indigenous rights and pushes us closer to climate disaster" |
| 62. | 9/24/2016 | Greenpeace USA (Peter Dakota Molof) | Website Publication: "These Are Our Prayers in Action" -- A look at Life in the #NoDAPL Resistance Camps | DAPL is being built by a "wealthy corporation [that] has attempted to sacrifice the water and well-being of Indigenous people for profit." |

10

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 63. | 9/16/2016 | Greenpeace USA | Website Publication: Supply Drives for the Red Warrior and Sacred Stone Camps | "Dakota Access Pipeline . . . will carry more than 400,000 barrels of crude oil a day across [SRST's] ancestral lands . . . ." |
| 64. | 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | Protesters are resisting "construction of a crude oil pipeline [DAPL] on ancestral lands . . . ." |
| 65. | 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | "[C]onstruction crews have reacted with aggression and violence . . . ." |
| 66. | 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | "[P]rivate security forces set dogs and pepper spray upon a crowd that included young children, injuring 30 activists . . . ." |
| 67. | 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | "The pipeline was approved without adequate environmental reviews or consultation from the community . . . ." |
| 68. | 9/9/2016 | Greenpeace USA (Rachel Prokop) | Website Publication: How You Can Help Standing Rock Activists Stop the Dakota Access Pipeline | DAPL "would carry more than 400,000 barrels of crude oil a day across [SRST's] ancestral lands" |
| 69. | 8/30/2016 | Greenpeace USA | Tweet | "We have rights, and one of those rights is the right to clean water." #NoDAPL #WaterIsLife" |
| 70. | 8/25/2016 | Rainforest Action Network; Bold Alliance; 350.org; Minnesota 350; 350 Madison; Greenpeace | Letter: Halt Construction and Repeal the Army Corps of Engineers Permits for the Dakota Access Pipeline Project | "This pipeline would travel through the Standing Rock Sioux Tribe's ancestral lands and pass within half a mile of its current reservation." |

11

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 71. | 8/25/2016 | Rainforest Action Network; Bold Alliance; 350.org; Minnesota 350; 350 Madison; Greenpeace | Letter: Halt Construction and Repeal the Army Corps of Engineers Permits for the Dakota Access Pipeline Project | "The pipeline poses significant threats to the environment, public health, and tribal and human rights." |
| 72. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Indigenous Youth Travel From Standing Rock to Clinton Headquarters to Demand Answers on Dakota Access Pipeline | "[T]he 1,100-mile pipeline [ ] threatens sacred Indigenous land and water supply." |
| 73. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Indigenous Youth Travel From Standing Rock to Clinton Headquarters to Demand Answers on Dakota Access Pipeline | DAPL "plac[es] serious risk to the nation's water supply . . . ." |
| 74. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Indigenous Youth Travel From Standing Rock to Clinton Headquarters to Demand Answers on Dakota Access Pipeline | "[DAPL] is a direct violation of the sovereign rights and culture of [SRST]." |
| 75. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Indigenous Youth Travel From Standing Rock to Clinton Headquarters to Demand Answers on Dakota Access Pipeline | DAPL is "violating federal trust responsibilities guaranteed through treaties with the Dakota, Lakota, and Nakota tribes, and desecrating burial and other historical sites." |
| 76. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Greenpeace Statement of Solidarity With Standing Rock Water Protectors | DAPL is in "direct violation of the sovereign rights and culture of [SRST], placing serious risk to the nation's water supply, violating federal trust responsibilities guaranteed through treaties with the Dakota, Lakota, and Nakota tribes, and desecrating sacred burial, religious, and other historical sites." |

# APPENDIX A
# GREENPEACE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 77. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | Energy Transfer is "willing to destroy Standing Rock's sacred land and water supply . . . ." (quoting Greenpeace USA's Mary Sweeters) |
| 78. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | Funding banks "signed off on the human rights abuses we've seen from Energy Transfer Partners and its security team." |
| 79. | Undated | Greenpeace USA (Perry Wheeler) | Website Publication: Activists Worldwide Close Accounts, Demand Citibank Halt and Rescind Dakota Access Pipeline Loans | DAPL was "fast tracked without adequate tribal consultation and consent or environmental review." |