# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

|   | Date | Author | Description | Statements |
|---|------|--------|-------------|------------|
| 1. | 5/30/2017 | 350.org (Sabelo Narasimhan) | Website Publication: The War on Water Protectors | "Corporations that poison our water and our bodies — and partner with private security and police forces to attack peaceful protesters with pepper spray, water cannons and dogs — are the ones who are unleashing terror." |
| 2. | 4/6/2017 | Rainforest Action Network (Alison Kirsch) | Website Publication: Energy Transfer: Which Banks Continue to Support the Company Behind DAPL? | Accusing Energy Transfer of "egregious human rights abuses . . . ." |
| 3. | 2/17/2017 | Rainforest Action Network | Website Publication: URGENT: Call Now. Resist Dakota Access Pipeline | Describing DAPL and ETE as "climate-killing pipelines and companies that trample on Indigenous and human rights." |
| 4. | 2/13/2017 | 350.org, Food and Water Watch | Letter to CalPERS | "In the process of construction to date, Energy Transfer Partners has already damaged numerous sacred sites and plans to drill under the Missouri River, the sole drinking water source of the Standing Rock Sioux Tribe." |
| 5. | 2/10/2017 | Rainforest Action Network (Laurel Sutherlin) | Website Publication: RAN Statement on Final Loan Disbursements for Dakota Access Pipeline | "These 17 banks . . . have chosen to stand behind this abusive corporation . . . despite . . . months of savage abuses by security forces against nonviolent demonstrators, the destruction of sacred native American burial sites and documented threats to critical drinking water supplies for downstream communities." (quoting Lindsey Allen, Rainforest Action Network) |
| 6. | 2/10/2017 | Rainforest Action Network (Laurel Sutherlin) | Website Publication: RAN Statement on Final Loan Disbursements for Dakota Access Pipeline | "These 17 banks . . . have chosen to stand behind this abusive corporation . . . despite . . . months of savage abuses by security forces against nonviolent demonstrators, the destruction of sacred native American burial sites and documented threats to critical drinking water supplies for downstream |

1

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | communities." (quoting Lindsey Allen, Rainforest Action Network) |
|---|---|---|---|---|
| 7. | 2/10/2017 | Laurel Sutherlin (Rainforest Action Network) | Website Publication: RAN Statement on Final Loan Disbursements for Dakota Access Pipeline | DAPL poses "documented threats to critical drinking water supplies for downstream communities." (quoting Lindsey Allen, Rainforest Action Network) |
| 8. | 2/9/2017 | Sierra Club (Catherine Collentine) | Website Publication: Disgraceful: Trump's Actions on Dakota Access and What's Next | "This blatant disregard for the rights of the Standing Rock Sioux -- they rerouted the pipeline away from Bismarck, a more affluent and predominantly white community, after concerns were raised about their water supply . . ." |
| 9. | 2/8/2017 | 350.org (Bill McKibben) | New Yorker Publication: Trump's Pipeline and America's Shame | "Despite the German shepherds and pepper spray let loose by E.T.P.'s security guards, . . . [protestors] kept a nonviolent discipline that eventually persuaded the Obama Administration to agree to further study of the plan." |
| 10. | 2/8/2017 | 350.org (Bill McKibben) | Website Publication: Trump's Pipeline and America's Shame | "[T]his pipeline had originally been set to carry its freight of crude oil under the Missouri River, north of Bismarck. But the predominantly white citizens of that town objected, pointing out that a spill could foul their drinking water. So the pipeline's parent company, Energy Transfer Partners, remapped the crossing for just north of the Standing Rock Sioux Reservation. This piece of blatant <u>environmental racism</u> . . . ." (emphasis in original) |
| 11. | 2/7/2017 | 350.org (Bill McKibben) | Tweet | "Just a reminder that building Dakota pipeline is carbon equivalent of building 30 coal-fired power plants http://priceofoil.org/2016/09/12/the-dakota-access-pipeline-will-lock-in-the-emissions-of-30-coal-plants/ … #nodapl" |
| 12. | 2/7/2017 | Bold Iowa (Ed Fallon) | Website Publication: Bold Iowa Responds to Army Corps of Engineers Unprecedented Order | DAPL will "foul our water and planet . . . ." |

2

**APPENDIX B**
**OTHER ENTERPRISE FALSE STATEMENTS**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Canceling Environmental Review of Dakota Access Pipeline |  |
| 13. | 2/3/2017 | 350.org | Tweet | "Demand a full environmental review of the Dakota Access pipeline today: http://bit.ly/2jMlEpb  #nodapl #StandWithStandingRock #DeFundDAPL …" |
| 14. | 2/2/2017 | Rainforest Action Network (Tess Geyer) | Website Publication: Over 500,000 People Tell Banks, No DAPL! | "[C]ontinued DAPL construction and any spills pose significant and direct threats to sacred sites and water supplies for the Standing Rock Sioux, who live less than a mile downstream.  The construction and spills would directly harm the Missouri River, which provides drinking water to millions of people." |
| 15. | 2/2/2017 | Rainforest Action Network (Tess Geyer) | Website Publication: Over 500,000 People Tell Banks, No DAPL! | DAPL is a "dirty fossil fuel project[ ] . . . ." |
| 16. | 2/2/2017 | Rainforest Action Network (Tess Geyer) | Website Publication: Over 500,000 People Tell Banks, No DAPL! | "[W]ater protectors and allies have been under siege while peacefully resisting the DAPL." |
| 17. | 2/2/2017 | Rainforest Action Network (Tess Geyer) | Website Publication: Over 500,000 People Tell Banks, No DAPL! | "The pipeline was approved without: environmental reviews, adequate assessment of cultural properties and sacred sites . . . ." |
| 18. | 2/1/2017 | 350.org | Tweet | "Demand a full environmental review of the Dakota Access pipeline today: https://act.350.org/letter/dapl-comment … #nodapl #StandWithStandingRock #DeFundDAPL" |
| 19. | 2/1/2017 | 350.org (Sabelo Narasimhan) | Website Publication: #NoDAPL: We Fight On | "[T]he federal government would be abandoning their own rules and procedures by illegally forcing the project through." |
| 20. | 2/1/2017 | 350.org (Sabelo Narasimhan) | Website Publication: #NoDAPL: We Fight On | "The Standing Rock Sioux tribe, whose drinking water and sacred sites have been desecrated by this pipeline . . . ." |

3

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 21. | Feb-17 | Rainforest Action Network | Website Publication: URGENT: Call Now. Resist Dakota Access Pipeline | Describing DAPL and ETE as "climate-killing pipelines and companies that trample on Indigenous and human rights." |
| 22. | 1/26/2017 | Rainforest Action Network | Website Publication: RAN Statement on Continued Investment in Energy Transfer Equity | "Banks should reject Energy Transfer Equity's . . . climate-wrecking business model . . . ." |
| 23. | 1/26/2017 | Rainforest Action Network | Website Publication: RAN Statement on Continued Investment in Energy Transfer Equity | DAPL "violates the rights of the Standing Rock Sioux to self-determination and Free, Prior and Informed Consent [] regarding decisions on their traditional lands." |
| 24. | 1/26/2017 | Rainforest Action Network | Website Publication: RAN Statement on Continued Investment in Energy Transfer Equity | Accusing Energy Transfer of "egregious human rights abuses at Standing Rock." |
| 25. | 1/24/2017 | Bold Iowa (Mark Hefflinger) | Bold Iowa Responds to Trump Action on Dakota Access Pipeline | DAPL "want[s] to destroy our land, water and climate . . . ." |
| 26. | 1/24/2017 | 350.org (Duncan Meisel) | Website Publication: Breaking: Keystone XL and Dakota Access | DAPL "crosses sacred lands and key water supplies for tribal communities and never once received an environmental review." |
| 27. | 12/28/2016 | Rainforest Action Network | Tweet | "We can't let the destructive DAPL project continue." #NoDAPL |
| 28. | 12/27/2016 | Rainforest Action Network | Tweet | "DAPL is a direct threat to drinking water for millions of people." #DefundDAPL #NoDAPL |
| 29. | 12/8/2016 | Bold Iowa (Ed Fallon) | Website Publication: Week with Water Protectors at Standing Rock | "Join us as we stand united to stop the Dakota Access pipeline that is . . . threatening our land, water and climate." |
| 30. | 12/4/2016 | Sierra Club (Katy Reilly) | Website Publication: BREAKING: Dakota Access Pipeline Construction Halted! | DAPL "would cut through . . . tribal lands like the Standing Rock Sioux Tribe's ancestral lands." |

4

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 31. | 12/4/2016 | Sierra Club (Katy Reilly) | Website Publication: BREAKING: Dakota Access Pipeline Construction Halted! | "History has taught us that it's never a question whether a pipeline will spill, rather a question of when, and a comprehensive environmental review will show that this dirty and dangerous project will threaten the safety of every community it cuts through. . . . [DAPL will] cross under the Missouri River just upstream of the Tribe's drinking water supply, where a spill would mean a serious threat to the Tribe's health, culture, and way of life." |
| 32. | 12/4/2016 | Bold Alliance (Mark Hefflinger) | Website Publication: Obama Administration Denies Final Dakota Access Easement Permit; Army Corps Orders Review of Route, Full Environmental Impact Statement | DAPL is "threatening our land, water and climate." |
| 33. | 12/4/2016 | 350.org (Bill McKibben) | Website Publication: U.S. Army Corps Blocks Final Permit Needed for Dakota Access Pipeline | "[E]nvironmental racism implicit in this misbegotten pipeline." |
| 34. | 12/4/2016 | 350.org (Bill McKibben) | Website Publication: The victory at Standing Rock could mark a turning point | "When native American protesters sat down in front of bulldozers to try and protect ancestral graves, they were met with attack dogs – the pictures looked like Birmingham, Alabama, circa 1963." |
| 35. | 12/4/2016 | Bold Alliance (Mark Hefflinger) | Website Publication: Obama Administration Denies Final Dakota Access Easement Permit; Army Corps Orders Review of Route, Full Environmental Impact Statement | "[T]housands of Water Protectors have for months endured violent attacks -- pepper spray, rubber bullets, attack dogs, water cannons, LRAD sound cannons, concussion grenades -- and inhumane treatment at the hands of law enforcement and private security [for Energy Transfer]." |

5

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 36. | 12/4/2016 | Sierra Club (Katy Reilly) | Website Publication: BREAKING: Dakota Access Pipeline Construction Halted! | Peaceful protesters' "prayers and songs were increasingly met by a militarized police force using dogs, water cannons, rubber bullets, pepper spray, concussion grenades, and other tactics designed to intimidate, antagonize and invoke fear." |
| 37. | 12/3/2016 | Rainforest Action Network | Tweet | "The water protectors are being attacked in the name of profit." #NoDAPL |
| 38. | 12/1/2016 | Bold Alliance (Jane Kleeb) | Tweet | "Dakota Access CEO flat out lying http://bismarcktribune.com/news/state-and-regional/audio-tribe-objected-to-pipeline-nearly-years-before-lawsuit/article_51f94b8b-1284-5da9-92ec-7638347fe066.htm … Chairman with Standing Rock and other Sioux Nations objected from day 1 #NoDAPL" |
| 39. | 11/30/2016 | Bold Iowa (Ed Fallon) | Website Publication: Week at Standing Rock Day 4: Dakota Access' Smiling Faces | "Behind the voice [of the DAPL representative] is corporate and police power prepared to defend Big Oil's interests with water canons [sic], long range acoustic devices (LRADs), pepper spray and tear gas." |
| 40. | 11/28/2016 | Bold Alliance (Jane Kleeb) | Tweet | "If you have to build a pipe with razor wire, violence, Executive Orders maybe it's not worth building? #NoDAPL" |
| 41. | 11/26/2016 | Bold Alliance (Jane Kleeb) | Tweet | "If you have to build your pipeline using razor wire, guns, tear gas and extreme violence maybe you are building the wrong America? #NODAPL" |
| 42. | 11/20/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: Water Cannons Fired at Water Protectors in Freezing Temperatures, Hundreds Injured | "Water protectors' efforts to clear the road and improve access to the camp for emergency services were met with tear gas, an LRAD (Long Range Acoustic Device), stinger grenades, rubber bullets, and indiscriminate use of a water cannon with an air temperature of 26 degrees Fahrenheit." |

6

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 43. | 11/20/2016 | Bold Alliance (Jane Kleeb) | Tweet | "ND and Big Oil are tear gassing and putting water hoses on #NoDAPL folks right now in 20 degree weather and at night https://www.facebook.com/myron.dewey1?fref=ts …" |
| 44. | 11/16/2016 | Sierra Club | Website Publication: Tens of Thousands #StandWithStandingRock | Peaceful "Water Protectors were met with unconscionable violence . . . . Private and local security have increasingly resorted to dehumanizing and aggressive tactics like using dogs, pepper spray, low-flying helicopters, sound cannons, rubber bullets, roadblocks, and other tactics designed to intimidate, antagonize and invoke fear. These militarized actions are yet another sad moment in our nation's long history of using force against Native peoples." |
| 45. | 11/16/2016 | Sierra Club | Website Publication: Tens of Thousands #StandWithStandingRock | DAPL "would also cross under the Missouri River just upstream of the Tribe's drinking water supply, where a spill would mean a serious threat to the Tribe's health, culture, and way of life." |
| 46. | 11/16/2016 | Sierra Club | Website Publication: Tens of Thousands #StandWithStandingRock | DAPL "would carry 450,000 barrels of fracked oil every day through the ancestral and treaty lands of the Standing Rock Sioux Tribe." |
| 47. | 11/14/2016 | 350.org (Sara Shor) | Website Publication: November 15th: #NoDAPL Day of Action | "Bulldozers are approaching Standing Rock as I write." |
| 48. | 11/14/2016 | Bold Alliance (Mark Hefflinger) | Website Publication: Army Corps Withholds Final Dakota Access Pipeline Permit, Will Consult Further With Standing Rock Tribe | DAPL poses "risks" to "the land and water," and "no amount of safety conditions make an unnecessary pipeline acceptable." (quoting Jane Kleeb, Bold Alliance) |
| 49. | 11/13/2016 | 350.org (Bill McKibben) | Website Publication: Bill McKibben: What's next? Solidarity with Standing Rock, Nov. 15 | "The original inhabitants of this continent have been pepper-sprayed and shot with rubber bullets, maced and attacked by guard dogs, all for peacefully standing up for their sovereign rights, and for the world around us." |

7

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 50. | 11/12/2016 | 350NYC | Website Publication: NYC Call To Action: We Stand With #StandingRock | DAPL "would pass directly through the sacred lands of the Standing Rock Sioux Tribe . . . ." |
| 51. | 11/12/2016 | 350NYC | Website Publication: NYC Call To Action: We Stand With #StandingRock | "Over the past week, thousands of peaceful and prayerful water protectors in North Dakota have been subjected to further dehumanizing attacks, including heavily armed, militarized police in riot gear and armored vehicles using rubber bullets at point blank range, pepper spray, concussion grenades, tasers, and sound cannons. Horses have been shot, and just in the past week, 141 protectors have been arrested. Many have been strip searched, held in dog kennels, and marked with numbers on their bodies. For the most part, the mainstream media has been silent as these atrocities have been perpetrated against American citizens on American soil." |
| 52. | 11/12/2016 | 350NYC | Website Publication: NYC Call To Action: We Stand With #StandingRock | "The pipeline is a direct threat to the life, rights, and water of the Standing Rock Sioux . . . ." |
| 53. | 11/7/2016 | Rainforest Action Network | Website Publication: RAN Statement on Citigroup's Leading Role in Financing Dakota Access Pipeline | DAPL "poses a devastating public health threat to the Tribe's drinking water." |
| 54. | 11/7/2016 | Rainforest Action Network | Website Publication: RAN Statement on Citigroup's Leading Role in Financing Dakota Access Pipeline | DAPL "has violated the sovereignty of the Standing Rock Sioux and their right to determine the future of their lands . . . ." |
| 55. | 11/7/2016 | Rainforest Action Network | Website Publication: RAN Statement on Citigroup's Leading Role in Financing Dakota Access Pipeline | "DAPL private security guards us[ed] pepper spray, rubber bullets and attack dogs on elders and children . . . ." |

8

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 56. | 11/6/2016 | 350.org (Bill McKibben) | Website Publication: There Is Still Time to Stop the Injustice at Standing Rock | "And the company that built [DAPL] fast-tracked their bulldozing operation the day after the tribe identified for a federal court the sacred sites and graves along the pipeline route; it was as if the Sioux had handed over a treasure map." |
| 57. | 11/6/2016 | 350.org (Bill McKibben) | Website Publication: There Is Still Time to Stop the Injustice at Standing Rock | DAPL is "the perfect example of America's casual racism and endless money-worshipping. The pipeline was, for instance, rerouted away from Bismarck when residents of the capital worried it might pollute that city's water." |
| 58. | 11/6/2016 | 350.org (Bill McKibben) | Website Publication: There Is Still Time to Stop the Injustice at Standing Rock | Describing the NEPA review for DAPL as a "farcical, fast-tracked 'environmental assessment' . . . ." |
| 59. | 11/4/2016 | Sierra Club (Dan Chu) | Website Publication: Will Justice Ever Be Served? | "I am filled with shame and outrage as I watch the unwarranted brutality North Dakota state police and armed security guards are targeting at the peaceful Water Protectors opposing the Dakota Access oil pipeline. Spraying unarmed men and women in the face with pepper spray, beating them with batons and arresting over 140 people for trespassing are extreme measures taken with the impunity of those who put the profits of oil and gas over the fundamental rights of their fellow human beings." |
| 60. | 11/4/2016 | 350 Maine.org (Lee Chisholm) | Website Publication: #NoDAPL: KEEP IT IN THE GROUND: Reflections on the Call of Standing Rock at this Moment in History | "The desire to protect against such disturbance [of sacred burial sites] was the cause this September of an ugly confrontation between indigenous people and pipeline company security guards. The latter came with mace and snarling attack dogs. The former had no weapons." |
| 61. | 11/4/2016 | 350.org (Lee Chisholm) | Website Publication: #NoDAPL: KEEP IT IN THE GROUND: Reflections on the | "The Corps fast-tracked everything . . . ." |

9

**APPENDIX B**
**OTHER ENTERPRISE FALSE STATEMENTS**

|  |  |  |  Call of Standing Rock at this Moment in History |  |
|---|---|---|---|---|
| 62. | 11/4/2016 | 350.org (Lee Chisholm) | Website Publication: #NoDAPL: KEEP IT IN THE GROUND: Reflections on the Call of Standing Rock at this Moment in History | "[T]he workers and heavy machinery operators burying the pipe disturb sacred burial sites and other areas of cultural and historical significance to the tribe." |
| 63. | 11/4/2016 | 350.org (Lee Chisholm) | Website Publication: #NoDAPL: KEEP IT IN THE GROUND: Reflections on the Call of Standing Rock at this Moment in History | DAPL poses a "threat to fresh water. . . . Pipelines leak. . . . No matter how safely the pipeline company says it intends to build this thing, the danger of it leaking was the primary reason it was earlier re-routed, after citizen outcry, from a river-crossing upstream of the state's second largest population center, Bismarck, N.D." |
| 64. | 11/3/2016 | 350.org | Tweet | "More brutal attacks on peaceful water protectors as they defend sacred sites. @POTUS: Send DOJ observers now http://nbcnews.to/2fis1Rg  #NoDAPL " |
| 65. | 11/2/2016 | Sierra Club | Website Publication: Tell Big Banks to Divest From Dakota Access Pipeline | "The Dakota Access pipeline would carry hundreds of thousands of barrels of some of the dirtiest oil on the planet across four states, putting public health and welfare, critical water supplies, cultural resources and ancestral burial grounds in danger." |
| 66. | 11/2/2016 | Sierra Club | Website Publication: Tell Big Banks to Divest From Dakota Access Pipeline | DAPL "violates sacred land rights of the Standing Rock Sioux." |
| 67. | 11/2/2016 | Bold Alliance (Jane Kleeb) | Tweet | "Brutal force happening now at Standing Rock #NoDAPL Pics by @joshfoxfilm, ABC pundit @erinschrode hit with rubber bullets @Gstephanopoulos" |

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 68. | 11/2/2016 | 350.org | Tweet | "Pres. Obama @POTUS 'shouldn't sit back while people are facing violent repression' #NoDAPL http://reut.rs/2efcQ8x" |
| 69. | 11/2/2016 | Sierra Club | Website Publication: Tell Big Banks to Divest From Dakota Access Pipeline | "For months, the Standing Rock Sioux have peacefully gathered to stop the pipeline. In response, they've been pelted with rubber bullets and water cannons." |
| 70. | 11/1/2016 | Sierra Club | Website Publication: Tell Big Banks to Divest From Dakota Access Pipeline | DAPL is constructed "through sacred Sioux tribal lands." |
| 71. | 10/30/2016 | Bold Alliance (Jane Kleeb) | Tweet | "Yes, Dakota Access pipeline has destroyed sacred sites. You can come up to ND and we would be happy to show you #NODAPL " |
| 72. | 10/30/2016 | 350 Action | Tweet | "The #NoDAPL fight is an egregious example of the nexus between racism and climate injustice. #StandWithStandingRock" |
| 73. | 10/29/2016 | 350.org (Bill McKibben) | Tweet | "NYTimes reminds us that Dakota pipeline was originally going to go by Bismarck. But, white people. #NoDAPL http://nyti.ms/2dUFMTt" |
| 74. | 10/28/2016 | 350.org (Bill McKibben) | Website Publication: Why Dakota Is the New Keystone | DAPL "is precisely the kind of project that climate science tells us can no longer be tolerated." |
| 75. | 10/28/2016 | 350.org (Bill McKibben) | Website Publication: Why Dakota Is the New Keystone | "Originally, the pipeline was supposed to cross the Missouri just north of Bismarck, until people pointed out that a leak there would threaten the drinking water supply for North Dakota's second biggest city. The solution, in keeping with American history, was obvious: make the crossing instead just above the Standing Rock reservation, where the poverty rate is nearly three times the national average." |
| 76. | 10/28/2016 | 350.org (Bill McKibben) | Website Publication: Why Dakota Is the New Keystone | "Construction has already desecrated indigenous burial sites . . . ." |

11

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 77. | 10/28/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: Police from 5 States Escalate Violence, Shoot Horses to Clear 1851 Treaty Camp | "The 1851 Treaty Camp was set up this past Sunday directly in the path of the pipeline . . . this camp, a reclamation of unceded Dakota territory affirmed as part of the Standing Rock Reservation in the Ft. Laramie Treaty of 1851 . . . ." |
| 78. | 10/27/2016 | Sierra Club | Website Publication: Dakota Access Pipeline Water Protectors Being Forcibly Removed by Militarized Police | "This pipeline is a direct threat to First Nations' water and heritage, and must be rejected.  The Standing Rock Sioux's home and history, like all of ours, deserve to be protected . . . ." |
| 79. | 10/3/2016 | 350.org (Emily J.) | Website Publication: The View from Standing Rock | "Despite what you see in the news portraying violent protesters, that couldn't be further from the truth." |
| 80. | 9/29/2016 | Sierra Club | Tweet | "It's heartbreaking to see the unwarranted military-style response to a peaceful #NoDAPL prayer camp in North Dakota" |
| 81. | 9/22/2016 | 350.org (Bill McKibben) | Website Publication: A Strategy to Stop the Funding Behind the Dakota Access Pipeline | "[G]uard dogs [ ] attacked Native Americans as they tried to keep bulldozers from mowing down ancestral grave sites. . . . [P]epper spray that the company used to clear the way for its crews as they cleared the right of way straight to the Missouri River." |
| 82. | 9/22/2016 | 350.org (Bill McKibben) | Website Publication: A Strategy to Stop the Funding Behind the Dakota Access Pipeline | DAPL "threatens precious water . . . ." |
| 83. | 9/22/2016 | 350.org (Bill McKibben) | Website Publication: A Strategy to Stop the Funding Behind the Dakota Access Pipeline | "It's unlikely that Citibank customers support poisoning indigenous peoples' water, desecrating sacred burial sites, or contributing to global climate change." (quoting Gloria Fallon, Rising Tide Chicago) |
| 84. | 9/22/2016 | 350.org (Bill McKibben) | Website Publication: A Strategy to Stop the Funding Behind the Dakota Access Pipeline | DAPL is a "$3.7 billion infrastructure project that threatens precious water and myriad sacred sites, not to mention the planet's unraveling climate. . . . *[A]t this point anyone who finances any fossil fuel infrastructure is attempting to make money on the guaranteed destruction of the planet.*" (emphasis in original). |

12

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 85. | 9/22/2016 | 350 Action | Tweet | "Climate change is already here and building more pipelines will only worsen it. #NoDAPL" |
| 86. | 9/21/2016 | 350 Action | Tweet | "Dakota Access destroys sacred burial ground. It must be stopped. #NoDAPL http://thenaturalhistorymuseum.org/archaeologists-and-museums-respond-to-destruction-of-standing-rock-sioux-burial-grounds/ …" |
| 87. | 9/19/2016 | 350.org (Jenn Marienau) | Website Publication: Despite climate commitment, Bank of America still funds Dakota Access Pipeline | Bank of America is "playing a key role in financing dangerous fossil fuel infrastructure like the Dakota Access Pipeline." |
| 88. | 9/16/2016 | Bold Alliance (Jane Kleeb) | Website Publication: Dakota Access Pipeline Opposition Continues To Grow | "[B]uilding the pipeline would also be inconsistent with the United States' climate goals. . . . [T]he pipeline would lock in greenhouse gas emissions in an amount equivalent to the emissions of 30 coal plants." |
| 89. | 9/16/2016 | 350.org (Bill McKibben) | Tweet | DAPL "is another giant climate bomb." |
| 90. | 9/16/2016 | Bold Alliance (Jane Kleeb) | Website Publication: Dakota Access Pipeline Opposition Continues To Grow | "[T]he day after the discovery of these sacred sites, the pipeline company intentionally bulldozed the sites before they could be inspected, as well as ramping up their violent confrontations of peaceful protesters." |
| 91. | 9/16/2016 | Bold Alliance (Jane Kleeb) | Website Publication: Dakota Access Pipeline Opposition Continues To Grow | "Contrary to inaccurate claims by local police and media, the camp has been entirely peaceful and nonviolent." |
| 92. | 9/16/2016 | Bold Alliance (Jane Kleeb) | Website Publication: Dakota Access Pipeline Opposition Continues To Grow | "[T]he day after the discovery of these sacred sites, the pipeline company intentionally bulldozed the sites before they could be inspected, as well as ramping up their violent confrontations of peaceful protesters." |
| 93. | 9/16/2016 | Bold Alliance (Jane Kleeb) | Website Publication: Dakota Access Pipeline Opposition Continues To Grow | DAPL "pos[es] a devastating public health threat to the [SRST]'s drinking water in the case of a spill." |

13

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 94. | 9/14/2016 | Sierra Club (Michael Brune) | Website Publication: A Light Shines in the Dakotas | "The U.S. government attempted to fast-track a dangerous pipeline without properly and respectfully consulting the sovereign tribal nation whose ancestral lands and water it threatens. . . . It's inconceivable that the project was approved without a thorough and meaningful consultation with the first inhabitants of this land." |
| 95. | 9/13/2016 | Sierra Club (Timothy Hill) | Website Publication: A Tribal Activist War Rages On: The Dakota Access Pipeline and The Fight for Justice | "[B]ulldozers responsible for uprooting and destroying the Standing Rock Sioux reservation . . . ." |
| 96. | 9/13/2016 | Sierra Club | Website Publication: Thousands Nationwide Show Solidarity with the Standing Rock Sioux and #NoDAPL | DAPL "would threaten [SRST's] water, their sacred sites, and their future." |
| 97. | 9/13/2016 | Sierra Club | Website Publication: Thousands Nationwide Show Solidarity with the Standing Rock Sioux and #NoDAPL | "Energy Transfer Partners -- the company behind the pipeline -- rushed to destroy sacred sites while indigenous groups and their allies sought to halt the construction in courts." |
| 98. | 9/13/2016 | Sierra Club (Timothy Hill) | Website Publication: A Tribal Activist War Rages On: The Dakota Access Pipeline and The Fight for Justice | "[C]onstruction crews working on the pipeline destroyed and demolished the Standing Rock Sioux's camp, bringing with them private security mercenaries and their guard dogs, who attacked many of the activists and tribal members present." |
| 99. | 9/13/2016 | Sierra Club (Timothy Hill) | Website Publication: A Tribal Activist War Rages On: The Dakota Access Pipeline and The Fight for Justice | Permits for DAPL were subject "fast-track approval . . . [which] seems to be the oil companies' perfect skirt around the fervent backlash from opposing parties . . . ." |
| 100. | 9/13/2016 | Sierra Club (Timothy Hill) | Website Publication: A Tribal Activist War Rages On: The Dakota Access Pipeline and The Fight for Justice | The Corps demonstrated "flagrant disregard for both tribal and environmental rights, as well as a lack of compliance with federal consultation policies." |

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 101. | 9/13/2016 | Sierra Club | Website Publication: Thousands Nationwide Show Solidarity with the Standing Rock Sioux and #NoDAPL | The Corps "rushed to approve this dangerous pipeline using a process that deliberately avoids adequate environmental reviews or consultation with the tribe . . ." |
| 102. | 9/9/2016 | Sierra Club (Jonathan Berman) | Website Publication: Obama Administration Sides With the Standing Rock Sioux | "While construction will be halted on a portion of the project, the U.S. Army Corps of Engineers should finish the job and reject this dirty and dangerous pipeline once and for all.  It should never have taken legal action by the Tribe to require that this or any pipeline receive a common sense, thorough environmental and climate review of the effects they pose, but we are thankful that the Administration acted swiftly after the deeply flawed decision was made." |
| 103. | 9/9/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: Pipeline Fighters React to Obama Administration's Call for Construction Halt on Dakota Access Pipeline at Key Areas Near Sacred Stone Camp That Threaten Water, Sacred Sites | "[P]roper consultation was never done with Tribes . . . ." |
| 104. | 9/9/2016 | Bold Nebraska (Mark Hefflinger) | Website Publication: Nebraskans to Join Nationwide Rally in Solidarity with Tribal Nations, Farmers on Tuesday to Protect Our Water from the Dakota Access Pipeline | "Worse, the pipeline would cross under the Missouri River, threatening drinking water downstream if a catastrophic oil spill occurs." |
| 105. | 9/8/2016 | 350.org | Tweet | "Climate justice and clean water go hand-in-hand. Time for our leaders to side with native protectors. #NoDAPL" |
| 106. | 9/8/2016 | 350.org (Bill McKibben) | Tweet | "#NoDAPL is a leadership test @HillaryClinton should not duck. When they sic dogs on people, it's time to speak out." |

15

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 107. | 9/7/2016 | 350.org (Bill McKibben) | Website Publication: Bill McKibben: Hillary Clinton needs to take a stand on the Dakota Access Pipeline | "Worse yet, digging the pipeline corridor requires destroying Sioux burial grounds and sacred sites. In fact, last week, hours after the tribe had supplied a federal court with a list of those sites, the company building the pipeline brought in bulldozers and did its best to obliterate them. (Some speculate that it used the court list as a roadmap.)." |
| 108. | 9/7/2016 | Bold Nebraska (Mark Hefflinger) | Website Publication: Tribal Nations, Pipeline Fighters to Rally at Omaha Army Corps HQ Thursday to Tell Pres. Obama to Halt Construction of the Dakota Access Pipeline | "[T]he construction of the Dakota Access pipeline[ ] . . . could poison drinking water . . . ." |
| 109. | 9/7/2016 | Bold Nebraska (Mark Hefflinger) | Website Publication: Tribal Nations, Pipeline Fighters to Rally at Omaha Army Corps HQ Thursday to Tell Pres. Obama to Halt Construction of the Dakota Access Pipeline | DAPL "threatens our land, water and climate. . . ." |
| 110. | 9/7/2016 | Bold Nebraska (Mark Hefflinger) | Website Publication: Tribal Nations, Pipeline Fighters to Rally at Omaha Army Corps HQ Thursday to Tell Pres. Obama to Halt Construction of the Dakota Access Pipeline | "[T]he construction of the Dakota Access pipeline[ ] has already desecrated burial sites . . . ." |
| 111. | 9/6/2016 | 350.org | Tweet | "As bulldozers destroy burial sites, oil industry bullies try to provoke violence from native leaders saying #NoDAPL" |
| 112. | 9/6/2016 | 350.org (Bill McKibben) | Tweet | "Handy list of the banks paying for guard dogs to bite Native protectors (and build polluting pipeline) http://www.foodandwaterwatch.org/news/who%27s-banking-dakota-access-pipeline … #NoDAPL" |

16

**APPENDIX B**
**OTHER ENTERPRISE FALSE STATEMENTS**

| | | | | |
|---|---|---|---|---|
| 113. | 9/6/2016 | 350.org (Bill McKibben) | Tweet | "You know they're up to no good when they call out the dogs. Stop the Dakota pipeline #NoDAPL" |
| 114. | 9/6/2016 | 350.org | Tweet | "Fossil fuel companies sic dogs on peaceful protestors. The choice is clear: #noDAPL. #StandWithStandingRock" |
| 115. | 9/5/2016 | 350.org (Bill McKibben) | Tweet | "Using dogs on demonstrators says something about your system. Something not good  #NoDAPL" |
| 116. | 9/4/2016 | 350.org | Tweet | "Peaceful protestors defending their land vs fossil fuel execs deploying dogs? Time for @POTUS to take a side #NoDAPL" |
| 117. | 9/4/2016 | Rainforest Action Network | Tweet | "Standing with those taking a stand: Native American Protesters Attacked with Dogs and Pepper Spray http://www.democracynow.org/2016/9/4/dakota_access_pipeline_company_attacks_native … via #NoDAPL" |
| 118. | 9/3/2016 | Bold Alliance (Jane Kleeb) | Tweet | "A Marine Corps veteran looks on in disbelief at #NoDAPL destroying sacred sites https://flic.kr/p/LJ9g4D  tweet @potus ask him to step in" |
| 119. | 9/1/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: 30 Iowans Arrested in Peaceful Demonstration Against Dakota Access Pipeline and Risks to Water | "With Dakota Access moving aggressively to build the pipeline while ignoring . . . the concerns of the Standing Rock Sioux . . . ." (quoting Ed Fallon, Bold Iowa) |
| 120. | 9/1/2016 | Bold Iowa (Mark Hefflinger) | Website Publication: 30 Iowans Arrested in Peaceful Demonstration Against Dakota Access Pipeline and Risks to Water | "Dakota Access 'Bakken' oil pipeline . . . threatens our land, water and climate." |

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 121. | 9/1/2016 | Michael Brune (Sierra Club) | Website Publication: Time to Stop a Bad Idea | "[I]t has never been a question of *whether* a pipeline will spill but only of when the next disaster will happen. . . . A spill from the Dakota Access could contaminate the Missouri River and Lake Oahe, which are the water sources for the Standing Rock Sioux Tribe." (emphasis in original). |
| 122. | 9/1/2016 | Michael Brune (Sierra Club) | Website Publication: Time to Stop a Bad Idea | "[T]he Army Corps of Engineers granted the general permit that allowed construction to begin (using a little-known loophole called Nationwide Permit 12 that allows the process to be fast-tracked without adequate environmental review, tribal consultation, or public input)." |
| 123. | 8/30/2016 | Rainforest Action Network (Virali Gokaldas) | Website Publication: Obama: Take a Stand Against Dakota Access Pipeline | "[T]his fight is critical for protecting communities from fossil fuel infrastructure and in stemming climate change." |
| 124. | 8/30/2016 | Rainforest Action Network (Virali Gokaldas) | Website Publication: Obama: Take a Stand Against Dakota Access Pipeline | DAPL "poses a devastating public health threat to the Tribe's drinking water." |
| 125. | 8/25/2016 | 350.org | Tweet | "The brave and resilient Sioux people oppose the pipeline threatening their land." |
| 126. | 8/24/2016 | 350.org | Website Publication: Court delays ruling in Standing Rock Sioux Tribe case to stop construction of Dakota Access Pipeline | "Today, in the latest in the fight led by the Standing Rock Sioux Tribe to stop the Dakota Access Pipeline from wreaking havoc on nearby sacred lands and contaminating water sources . . . ." |
| 127. | 8/22/2016 | 350.org (Bill McKibben) | Website Publication: After 525 Years, It's Time to Actually Listen to Native Americans | "[O]n the Standing Rock Sioux Reservation straddling the border between North Dakota and South Dakota. There, tribal members have been, well, standing like a rock in the way of the planned Dakota Access Pipeline . . . ." |

# APPENDIX B
# OTHER ENTERPRISE FALSE STATEMENTS

| | | | | |
|---|---|---|---|---|
| 128. | Undated | 350.org | Website Publication: President Obama: Stop the Dakota Access Pipeline | DAPL is "a threat to the sacred land and water of native communities and a disaster for the climate." DAPL would "cause irreparable harm to sacred land and water as well as the climate." |
| 129. | Undated | Sierra Club | Take action: Tell Wells Fargo to divest from the Keystone XL and Dakota Access pipelines | "The Dakota Access Pipeline crosses the Missouri river along sacred Tribal grounds, less than a mile from the Standing Rock Sioux Reservation, where a spill would pose a serious threat to the Tribe's sole source of drinking water." |
| 130. | Undated | Sierra Club | Breaking: Army Corps issues final approval for Dakota Access Pipeline -- take action! | DAPL "threaten[s] the safety and sovereignty of the Standing Rock Sioux." |