IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**ENERGY TRANSFER EQUITY, LP,** *ET AL.*   **PLAINTIFFS**

VS.                    1:17-CV-00173-BRW

**GREENPEACE INTERNATIONAL,** *ET AL.*   **DEFENDANTS**

## ORDER

In their Amended Complaint, Plaintiffs allege John and Jane Doe Defendants funded and trained "eco-terrorists" and "approved and directed" the eco-terrorists' violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO").[1] The Doe Defendants allegedly provided $500,000.00 in "seed money" to start the RICO enterprise.[2]

Plaintiffs have had a year since filing this action to identify and serve Doe Defendants who appear so critical to Plaintiffs' claims.[3] They have now named an individual who allegedly received the $500,000.00.[4]

Plaintiffs have 30 days from the date of this Order to identify and serve all Doe Defendants.  Continued failure to identify and effect service on these Defendants will result in their dismissal.[5]

IT IS SO ORDERED this 22nd day of August, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 95, pp. 4-6.

[2] *Id.* at p. 9.

[3] See Doc. No. 95, pp. 4-6, 9-11, 13, 18-22, 24, 29, 32, 34, 37, 44, 46, 56-57.

[4] *Id.* at pp. 4, 20, 35-36.

[5] FED. R. CIV. P. 4(m).