IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**ENERGY TRANSFER EQUITY, LP,** *ET AL.*            **PLAINTIFFS**

VS.            1:17-CV-00173-BRW

**GREENPEACE INTERNATIONAL,** *ET AL.*            **DEFENDANTS**

<u>**ORDER**</u>

Plaintiffs' Motion for Reconsideration and for Limited John and Jane Doe Discovery (Doc. No. 105) is GRANTED in PART and DENIED in PART.

Plaintiffs allege that under "Fed. R. Civ. P. 4(m), Plaintiffs are entitled to 90 (not 30) days to serve the newly joined defendants after identification . . . ."[1] Accordingly Plaintiffs may have the standard time to serve the parties added in their Amended Complaint.

The request to conduct limited discovery regarding John and Jane Does is DENIED.

IT IS SO ORDERED this 3rd day of October, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 106.