IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., </br></br> Plaintiffs, </br></br></br></br> Greenpeace International (aka "Stichting Greenpeace Council"); Greenpeace, Inc.; Greenpeace Fund, Inc.; Banktrack (aka "Stichting Banktrack"); Earth First!; Cody Hall; Krystal Two Bulls; Jessica Reznicek; Ruby Montoya; Charles Brown; and John and Jane Does 1-20, </br></br> Defendants. | ) </br> ) </br> ) Case No. 1:17-cv-00173 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE
OR FOR ALTERNATIVE FORM OF SERVICE**

Plaintiffs Energy Transfer Equity, L.P. and Energy Transfer Partners, L.P. (together, "Energy Transfer" or "Plaintiffs") respectfully submit this motion for an extension of time to serve Defendants Jessica Reznicek, Ruby Montoya, Krystal Two Bulls, and Cody Hall or, in the alternative, for leave to serve these defendants by alternative means.

This motion is supported by the attached Memorandum of Law in Support of Motion for Extension of Time to Serve or For Alternative Form of Service, the Declaration of Jennifer S. Recine, and exhibits thereto.

Wherefore, Plaintiffs respectfully request the Court to grant a 45-day extension of time to serve Defendants Reznicek, Montoya, Two Bulls, and Hall. In the alternative, Plaintiffs respectfully request that the Court grant Plaintiffs leave to serve Ms. Reznicek and Ms. Montoya

1

by service upon their attorney, William Quigley, and Ms. Two Bulls and Mr. Hall by publication, email, or other means the Court deems appropriate.

DATED this 5th day of November, 2018.

| **FREDRIKSON BYRON P.A.** | **KASOWITZ BENSON TORRES LLP** |
|---|---|
|  | */s/* Jennifer S. Recine |
| By: Lawrence Bender, ND Bar# 03908 | By: Michael J. Bowe (admitted *pro hac vice*) |
|  | Jennifer S. Recine (admitted *pro hac vice*) |
|  | Lauren Tabaksblat (admitted *pro hac vice*) |
| 1133 College Drive, Suite 1000 | 1633 Broadway |
| Bismarck, ND 58501 | New York, NY 10019 |
| Telephone: 701.221.8700 | Telephone: 212.506.1700 |
| Fax: 701.221.8750 |  |

*Attorneys for Plaintiffs*