# EXHIBIT 1

| Attorney or Party without Attorney:<br>KASOWITZ BENSON TORRES LLP<br>MICHAEL J. BOWE, ESQ.<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>  Telephone No: (212) 542-4752<br>  Attorney For: PLAINTIFFS | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NORTH DAKOTA | | |
| Plaintiff: ENERGY TRANSFER EQUITY, L.P., et al.<br>Defendant: GREENPEACE INTERNATIONAL, etc., et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:17-cv-00173-CSM |
|---|---|---|---|---|

1. I, STEVE HILTON, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject JESSICA REZNICEK as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT JURY TRIAL DEMANDED; APENDIXES A-B.

**Attempt Detail**

1) Unsuccessful Attempt by: STEVE HILTON on: Aug 30, 2018, 1:25 pm CDT at 713 Indiana Ave, Des Moines, IA 50314
Location is the Bergian Catholic Worker House. The mailbox outside the property by 715 Indiana Ave has a note taped on it that reads "Jessica Reznicek Ruby Montoya reside here 713 Indiana". All windows and doors were covered, unable to see anything inside. A few people were around, none looked like the subjects and they were not allowed to provide any information and would not comment on the photos shown of the subject. There were two vehicles parked in front of this address.

2) Unsuccessful Attempt by: STEVE HILTON on: Sept 01, 2018, 10:10 am CDT at 713 Indiana Ave, Des Moines, IA 50314
No response at the residence. All windows are covered up. I can hear people inside the home. No one acknowledge me at the residence. This is a very hostile location, I don't believe anyone is going to come forward with any helpful information regarding the subject.

3) Unsuccessful Attempt by: STEVE HILTON on: Sept 03, 2018, 8:45 am CDT at 713 Indiana Ave, Des Moines, IA 50314
No answer at the door. Windows are still covered up. No activity heard.

4) Unsuccessful Attempt by: STEVE HILTON on: Sept 05, 2018, 7:00 pm CDT at 713 Indiana Ave, Des Moines, IA 50314
No answer at the door. Windows are still covered up. No activity heard. Dark inside, no lights on.



AFFIDAVIT OF
DUE DILIGENCE

2654086
(368770)
Page 1 of 2

| Attorney or Party without Attorney:<br>KASOWITZ BENSON TORRES LLP<br>MICHAEL J. BOWE, ESQ.<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>  Telephone No: (212) 542-4752<br>  Attorney For: PLAINTIFFS | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NORTH DAKOTA | | |
| Plaintiff: ENERGY TRANSFER EQUITY, L.P., et al.<br>Defendant: GREENPEACE INTERNATIONAL, etc., et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:17-cv-00173-CSM |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
   a. STEVE HILTON
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee for Service was:*

4. *I declare under penalty of perjury under the laws of the State of Iowa and under the laws of the United States of America that the foregoing is true and correct.*

11/05/2018

(Date)        (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2654086
(368770)
Page 2 of 2