# EXHIBIT 3

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No.   1:17-cv-173

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cody Hall__
was received by me on *(date)* __10-9-2018__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Does not live here Lives in North Dakota__ ; or

☐ Other *(specify)*: _____

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __10-9-2018__

__Curtis Hamburger__
Server's signature

__Curtis Hamburger__
Printed name and title

__201 S. Exene St Gettysburg SD 57442__
Server's address

Additional information regarding attempted service, etc:

This is his Parents Residence Stated last they knew he was living in North Dakota unknown where.