DocuSign Envelope ID: AA222676-BAC6-473D-A688-EC4A4C522574
Case 1:17-cv-00173-BRW-CSW Document 196 Filed 02/07/18 Page 2 of 21

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-173

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Krystal Two Bulls
was received by me on *(date)* 12/05/2018 .

☒ I personally served the summons on the individual at *(place)* Sky Harbor Airport (Phoenix Arizona) Gate B6 American Airlines flight from Billings Montana on *(date)* 12/05/18 @ 6:30 pm; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

❐ I returned the summons unexecuted because _____; or

❐ Other *(specify):*
_____.

My fees are $ $850.00 for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 12/05/2018

*DocuSigned by:*
*Toney Williams*
—74760A3DAF9E468...
*Server's signature*

Toney Williams, Private Detective License # 1538936
*Printed name and title*

Bond Investigations Inc, PO Box 71784 Phoenix AZ 85050
*Server's address*

Additional information regarding attempted service, etc: