IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**ENERGY TRANSFER EQUITY, LP,** *ET AL.*                                        **PLAINTIFFS**

**VS.**                                    **1:17-CV-00173-BRW**

**GREENPEACE INTERNATIONAL,** *ET AL.*                                       **DEFENDANTS**

## ORDER

Plaintiffs' Motion for Extension of Time to Serve or for Alternative Form of Service (Doc. No. 113) is GRANTED IN PART and DENIED IN PART.

The request for a 45-day extension is GRANTED. The new deadline to serve the defendants is 5 p.m., Wednesday, December 19, 2018.[1]

The request to serve by publication is DENIED. The fact that Defendant Krystal Two Bulls was served on December 5, 2018 shows that conventional service is possible.

IT IS SO ORDERED this 12th day of December, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The Amended Complaint was filed on August 6, 2018 (Doc. No. 95).