IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., | ) ) ) | Case No. 1:17-cv-00173 |
| Plaintiffs, | ) ) ) ) | |
| Greenpeace International (aka "Stichting Greenpeace Council"); Greenpeace, Inc.; Greenpeace Fund, Inc.; Banktrack (aka "Stichting Banktrack"); Earth First!; Cody Hall; Krystal Two Bulls; Jessica Reznicek; Ruby Montoya; Charles Brown; and John and Jane Does 1-20, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE

Plaintiffs Energy Transfer Equity, L.P. and Energy Transfer Partners, L.P. (together, "Energy Transfer" or "Plaintiffs") respectfully submit this motion for an extension of time to serve Defendants Jessica Reznicek, Ruby Montoya, and Cody Hall.

This motion is supported by the attached Memorandum of Law in Support of Motion for Extension of Time to Serve and the Declaration of Jennifer Recine.

Wherefore, Plaintiffs respectfully request the Court to grant a 45-day extension of time to serve Defendants Reznicek, Montoya, and Hall.

1

DATED this 19th day of December, 2018.

| **FREDRIKSON BYRON P.A.** | **KASOWITZ BENSON TORRES LLP** |
|---|---|
| | */s/* Jennifer S. Recine |
| By:  Lawrence Bender, ND Bar# 03908 | By:  Michael J. Bowe (admitted *pro hac vice*) |
| | Jennifer S. Recine (admitted *pro hac vice*) |
| | Lauren Tabaksblat (admitted *pro hac vice*) |
| 1133 College Drive, Suite 1000 | 1633 Broadway |
| Bismarck, ND 58501 | New York, NY 10019 |
| Telephone: 701.221.8700 | Telephone: 212.506.1700 |
| Fax: 701.221.8750 | |

*Attorneys for Plaintiffs*

2