IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., <br><br> Plaintiffs, <br><br> <br><br> Greenpeace International (aka "Stichting Greenpeace Council"); Greenpeace, Inc.; Greenpeace Fund, Inc.; Banktrack (aka "Stichting Banktrack"); Earth First!; Cody Hall; Krystal Two Bulls; Jessica Reznicek; Ruby Montoya; Charles Brown; and John and Jane Does 1-20, <br><br> Defendants. | Case No. 1:17-cv-00173 <br><br> **DECLARATION OF JENNIFER RECINE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE** |

I, Jennifer S. Recine, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.  I am a member of the law firm Kasowitz Benson Torres LLP, counsel for Energy Transfer Equity, L.P. and Energy Transfer Partners, L.P. (collectively, "Plaintiffs" or "Energy Transfer"). I respectfully submit this declaration in support of Plaintiffs' motion for an extension of time to serve Defendants Jessica Reznicek, Ruby Montoya, and Cody Hall. This declaration is based on my personal knowledge of Plaintiffs' efforts to locate and serve these defendants and facts conveyed to me by Plaintiffs' outside investigators.

2.  Energy Transfer's efforts to serve Ms. Reznicek, Ms. Montoya, and Mr. Hall up until November 5, 2018, are set forth in detail in the Declaration of Jennifer Recine, dated November 5, 2018 (ECF. No. 115) and the Declaration of Denise Vasquez, dated September 4, 2018. (ECF No. 108).)

3.  Plaintiffs' efforts to locate and serve Ms. Reznicek, Ms. Montoya, and Mr. Hall are ongoing, but, despite Plaintiffs' diligent efforts, defendants have evaded service to date.

Since November 5, Plaintiffs have continued efforts to locate and serve these defendants.  To that end, private investigators employed by Plaintiffs have been working full time to track, locate, and effect service upon defendants.  Plaintiffs believe that defendant Hall is currently residing on a Native American reservation, outside of range of service, and that defendants Reznicek and Montoya are being provided safe harbor at a religious institution.  Investigators have been on site at these locations in order to serve these defendants when they leave the respective premises.

4.      As a result of the efforts described above, Plaintiffs were able to successfully effect service on defendant Ms. Two Bulls on December 5, 2018.  (ECF No. 116.)  Upon being served, Ms. Two Bulls acknowledged that she had been evading service.  Plaintiffs believe that service upon Ms. Two Bulls has led the remaining defendants to take additional steps to evade service.  Plaintiffs' investigators believe that with an additional 45 days, service can be effected on these defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 19th day of December in New York, New York.


/s/ Jennifer S. Recine
Jennifer S. Recine