UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Energy Transfer Equity, L.P., *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>Greenpeace International<br>(aka "Stichting Greenpeace Council"), *et al.*<br><br>    Defendants. | Case No. 1:17-cv-173 |

**DEFENDANT KRYSTAL TWO BULLS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE**

On December 19, 2018, Plaintiffs moved for a second extension of time to serve Defendants Jessica Reznicek, Ruby Montoya, and Cody Hall. Dkt. 118. In support of that Motion, Plaintiffs submitted a declaration – from their counsel, Jennifer Recine – which includes the materially false statement that "Ms. Two Bulls acknowledged that she had been evading service." Dkt. 120 at ¶ 4. Ms. Two Bulls has already explained that she did not evade or attempt to evade service. Dkt. 121 at 18-23; Dkt. 121-1. And, contrary to Ms. Recine's false statement, Ms. Two Bulls has never admitted to evading service.

Ms. Two Bulls was served on December 5, 2018 at the Phoenix airport. Two Bulls Decl. at ¶ 3. She had a short conversation with the process server, wherein the process server apologized several times for serving her, and Ms. Two Bulls told the process server there was no need to apologize because she expected to be served. Ms. Two Bulls did not make any statements suggesting that she had been attempting to evade service. Two Bulls Decl. at ¶ 3.

It is false or grossly misleading to suggest, as Ms. Recine did, that Ms. Two Bulls' expectation

of service (based on knowledge that she was a defendant in this litigation) was an admission that she was evading service. This is just another in a long string of misrepresentations by these Plaintiffs.

Dated: January 2, 2019                                Respectfully submitted,

/s/ *Marco Simons*                                    /s/ *Shayana Kadidal*
Marco Simons                                          Shayana Kadidal
marco@earthrights.org                                 shanek@ccrjustice.org
MacKennan Graziano                                    Rachel Meeropol[*]
kenna@earthrights.org                                 rachelm@ccrjustice.org
Sean Powers[*]                                        Astha Sharma Pokharel[*]
sean@earthrights.org                                  asharmapokharel@ccrjustice.org
Rick Herz[*]                                          CENTER FOR CONSTITUTIONAL RIGHTS
rick@earthrights.org                                  666 Broadway, Floor 7
EARTHRIGHTS INTERNATIONAL                             New York, NY 10012
1612 K Street NW #401                                 212-614-6438
Washington, DC 20006
202-466-5188                                          Robin S. Martinez
                                                      rmartinez@mtrlaw.net
                                                      Martinez Tobin & Redman LLC
                                                      1828 Swift, Suite 101
                                                      North Kansas City, Missouri 64116
                                                      816-979-1620

---

[*] Not admitted to the Bar of the United States District Court for the District of North Dakota.