DocuSign Envelope ID: E341355D-A1A7-4747-8574-6CE827A8D361

Local AO 440 (Rev. 8/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| Energy Transfer Equity, L.P., and Energy Transfer Partners, L.P., | ) ) ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-173 |
| Greenpeace International (aka "Stichting Greenpeace Council"); Greenpeace, Inc.; Greenpeace Fund, Inc.; Earth First!; Cody Hall; Krystal Two Bulls; Jessica Reznicek; Ruby Montoya; Charles Brown; and John and Jane Does 1-20, | ) ) ) ) ) ) | |
| *Defendant* | | |

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lauren Tabaksblat/Michael Bowe/Jenifer Recine
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ROBERT ANSLEY, CLERK OF COURT*

*/s/ Renee Hellwig, Deputy Clerk*

Date: August 7, 2018

*Signature of Clerk or Deputy Clerk*



DocuSign Envelope ID: E341355D-A1A7-4747-8574-6CE827A8D361

Civil Action No. 1:17-cv-173

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ruby Montoya__
was received by me on *(date)* __12/09/2018__ .

☑ I personally served the summons on the individual at *(place)* __Berrigan House, 713 Indiana Avenue, Des Moines, Iowa, 50314__ on *(date)* __01/05/2019 @ 7:30 pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __$1700.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/05/2019__

*DocuSigned by:*
*oliver Henry*
ECBDACA71B1743C...
*Server's signature*

__Oliver Henry__
*Printed name and title*

__8326 Becks Mill Ln, Camby, IN 46113__
*Server's address*

Additional information regarding attempted service, etc: