Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Energy Transfer Equity, LP, et al.

vs.

Greenpeace International, et al.

JUDGMENT IN A CIVIL CASE

Case No.   1:17-cv-173

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on February 14, 2019, the Defendants' Motions to Dismiss (Doc. No. 101, 103, 121, 128) are granted, the RICO claims are dismissed with prejudice and all other claims are dismissed without prejudice.  The Motion for Extension of Time to Serve (Doc. No. 118) is denied.

Date: February 14, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Roxanne Muffenbier, Deputy Clerk*